Confidentiality Acknowledgement and Agreement

Information you gain concerning the operation of our stores, vendors and/or contacts, sources of merchandise, designs, pricing, financial information and know-how are considered by Arhaus as confidential information and is not to be divulged, directly or indirectly, to any other person, firm or corporation at any time except as may be required in the normal course of business.  You must not disclose while employed by us, or anytime thereafter, any of our vendors, company trade secrets, store volume, profits or other financial, confidential information, or sales information to anyone outside the company.  Associates are prohibited from attempting to obtain confidential information for which they have not received authorization to access.  Doing so violates our policies and is grounds for discharge.

Associates may not maintain any Arhaus confidential information on personal computers or any electronic storage devices (including: flash/zip drives; external hard drives) not owned by Arhaus.

Additionally, you are strictly prohibited from using any prior employer's confidential information, documents, or materials in your position at Arhaus. Just as we take measures to protect our confidential information, we respect your prior employer's similar right and prohibit you from using any of their confidential information in performing your work at Arhaus. If we determine that you have possession of, or are using a previous employer's confidential information, you may be subject to discipline up to, and including, discharge.

Upon leaving employment with Arhaus, you must return any and all confidential Arhaus information or materials in your possession at that time.

_____
Associate Name – Printed

[Electronically Signed By]
Lisa Chi
_____
Signature