

**Effective 3/1/2021**

# Table of Contents

OUR COMMITMENT TO YOU AND YOUR SUCCESS.................................................................3

OUR MISSION ................................................................................................................4

CORPORATE ETHICS .......................................................................................................4

EQUAL OPPORTUNITY COMMITMENT.................................................................................4

SAFETY IN THE WORKPLACE ...........................................................................................6

ASSOCIATE HANDBOOK PURPOSE ....................................................................................6

EMPLOYMENT ELIGIBILITY ..............................................................................................7

ASSOCIATE DEFINITIONS ................................................................................................8

WORK SCHEDULES .........................................................................................................8

TIMEKEEPING REQUIREMENTS .........................................................................................9

OVERTIME ...................................................................................................................10

PAYCHECKS..................................................................................................................11

HOLIDAYS ...................................................................................................................13

PAID TIME OFF (PTO) ...................................................................................................14

BEREAVEMENT TIME......................................................................................................17

CIVIC DUTIES ..............................................................................................................18

WORKERS' COMPENSATION ...........................................................................................18

LEAVES OF ABSENCE ....................................................................................................19

FAMILY MEDICAL LEAVE ACT (FMLA)..............................................................................19

MILITARY LEAVE ..........................................................................................................23

PERSONAL LEAVE .........................................................................................................24

ARHAUS BENEFITS SUMMARY ........................................................................................25

HEALTH INSURANCE PLAN .............................................................................................26

DENTAL INSURANCE PLAN .............................................................................................27

VISION INSURANCE PLAN...............................................................................................27

LIFE INSURANCE & ACCIDENTAL DEATH & DISMEMBERMENT (AD&D) ...................................27

SUPPLEMENTAL INSURANCE ..........................................................................................27

401(K) RETIREMENT SAVINGS PLAN ................................................................................28

MATERNITY LEAVE .......................................................................................................28

ADOPTION LEAVE .........................................................................................................29

PATERNITY LEAVE.........................................................................................................29

SHORT/LONG-TERM DISABILITY ................................................................................................ 30

EMPLOYEE ASSISTANCE PROGRAM (EAP) .............................................................................. 30

COLLEGE SAVINGS PLAN ......................................................................................................... 30

FLEXIBLE SPENDING ACCOUNT ............................................................................................... 31

ASSOCIATE DISCOUNT PROGRAM ........................................................................................... 31

PERSONAL APPEARANCE & DRESS GUIDELINES ................................................................... 31

ASSOCIATE REFERRAL PROGRAM ........................................................................................... 33

REFERENCE CHECKS ............................................................................................................... 34

ARHAUS PROPERTY ................................................................................................................. 34

EMAIL, INTERNET & SOCIAL MEDIA ......................................................................................... 35

EMPLOYMENT RECORDS ......................................................................................................... 38

REQUESTS FOR ACCOMMODATION ......................................................................................... 39

SMOKING & TOBACCO USE ...................................................................................................... 39

DRUGS & ALCOHOL .................................................................................................................. 40

EXPENSE POLICY ...................................................................................................................... 43

TRAVEL POLICY for NON-EXEMPT ASSOCIATES ..................................................................... 44

CELLULAR PHONES & DEVICES ............................................................................................... 46

SECURITY & THEFT ................................................................................................................... 47

CONFIDENTIALITY ..................................................................................................................... 48

NEPOTISM & PERSONAL RELATIONSHIPS ............................................................................... 50

HARASSMENT, SEXUAL HARASSMENT, DISCRIMINATION AND RETALIATION ...................... 50

CONFLICT OF INTEREST ........................................................................................................... 54

SOLICITATION AND DISTRIBUTION .......................................................................................... 54

ABSENCES AND TARDINESS ..................................................................................................... 55

ATTENDANCE BONUS ................................................................................................................ 56

INITIAL EVALUATION PERIOD .................................................................................................... 57

PROGRESSIVE DISCIPLINE ....................................................................................................... 57

DISPUTE RESOLUTION AND COMMUNICATION ....................................................................... 58

UNACCEPTABLE CONDUCT & PERFORMANCE COUNSELING ................................................ 59

SEPARATION FROM EMPLOYMENT .......................................................................................... 61

HANDBOOK RECEIPT ACKNOWLEDGEMENT .......................................................................... 62

# **WELCOME TO ARHAUS**

## OUR COMMITMENT TO YOU AND YOUR SUCCESS

We believe that every Associate here at Arhaus contributes to our success and we value having you on our team.

Our story is 30+ years in the making.  It started with one store on the East Bank of The Flats in Cleveland, Ohio.  Today we are thrilled to be able to claim that we have over 70 stunning stores across the country, a total of over 1,500 Associates, and our Corporate Office is recognized as being a "Top Workplaces" employer.

Arhaus was founded in 1986 by father and son, Jack and John Reed, with a passion to deliver the highest quality home furnishings for the best value.  This philosophy remains today under John Reed's leadership as our Chairman & CEO.

Our model is straight forward.  We design our own products.  Our product developers search the world for the most talented artisans and manufacturers to bring our designs to life.  We meticulously direct the design and manufacturing to insure that every Arhaus piece meets our high quality standards.  And…we then deliver our furnishings direct into our customers' homes. Each and every Associate plays a critical role in the successful execution of this model and we all share a passion and commitment to being the best home furnishings retailer in the world.

Retail is fast-paced and ever-changing.  Therefore, success here requires you to work quickly and efficiently and be able to handle the immediate needs of the business today while looking ahead to anticipate the future.

## **WE ARE PASSIONATE ABOUT SUSTAINING OUR PLANET**

Caring for this beautiful place we all call home is at the forefront of our mission. This dates back to the founding days of the company where John Reed and his father vowed never to use wood from the world's endangered rainforests in the making of an Arhaus design.  Today, nearly 50 percent of our collections are made of recycled material—everything from glass, to metals like copper and wood cast off from far off lands.  To ensure our values are upheld, we work with artisans who share our earth-conscious values and use renewable and recycled materials when crafting pieces for our stores.  Sustainably sourced timbers like teak, bamboo and mango— grown for the sole purpose of building—are used. We use reclaimed materials where possible.

## OUR MISSION

Discover. Engage. Value. Grow. Inspire.
Discover - We travel the workshops of the world to bring our customers the very best in inspired design and expert craftsmanship.

Engage - We value the art and heart of the handmade and help support and build communities around the world.

Value - We believe in using materials of integrity and offering family-friendly products of great value and beautiful quality that you cannot find anywhere else.

Grow - We are dedicated to protecting our earth's natural resources and are committed to using reclaimed, recycled and sustainably sourced materials.

Inspire - We dwell in possibility and marvel in what's next.

## CORPORATE ETHICS

It is our policy to conduct all business activities lawfully and ethically.  All Associates are expected and required to adhere to the highest standard of conduct in carrying out their duties. Associates are expected to act with honesty and integrity, avoiding actual or apparent conflicts of interest in personal and business relationships.  Associate activities should comply fully with the letter and spirit of Federal, state, and local laws, and promote ethical behavior in the work environment and the community.

We encourage Associates to help us keep fraud, abuse, unethical and illegal activity out of our Company.  If you witness any such activity, contact your immediate supervisor or a member of the Human Resources team at humanresources@arhaus.com.

## EQUAL OPPORTUNITY COMMITMENT

We are an equal employment opportunity employer by choice, and do not discriminate against Associates or job applicants on the basis of race, ethnicity, religion, color, gender, sexual orientation, national origin, citizenship status, veteran status, pregnancy, age, disability, or any other protected status in accordance with all applicable federal, state and local laws.

Arhaus prohibits any harassment based on any of these legally protected categories. Harassment is verbal or physical conduct that denigrates or shows hostility or aversion towards an individual because of these protected attributes, and that: (1) has the purpose or effect of creating an intimidating, hostile, or offensive working environment; or (2) has the purpose or

effect of unreasonably interfering with an individual's work performance; or (3) otherwise adversely affects an individual's employment opportunities.  This policy extends to all aspects of our employment practices, including but not limited to, recruiting, hiring, discipline, termination, promotions, transfers, compensation, benefits, training, leaves of absence, and other terms and conditions of employment.

All Associates are expected to comply with this Equal Opportunity Commitment in their dealings with co-workers and customers.  Likewise, if you are the subject of discrimination that violates the above commitment, or are a witness to such activity, you are obligated to report it immediately to your supervisor or to the Human Resources Department. If your complaint involves someone in your direct line of supervision, then you should inform another supervisor/manager of your complaint.  If another supervisor is unavailable, or is not appropriate for reporting this matter, or if you feel the response by the supervisor is insufficient, then you should mail or email a written notice of your complaint marked "Personal & Confidential" to:

**Arhaus**
**Attn: Human Resources**
**51 E. Hines Hill Road**
**Boston Heights, Ohio 44236**
**Humanresources@arhaus.com**

**Requests for Accommodation**

Arhaus is committed to complying with all laws protecting qualified individuals with disabilities, as well as Associates' religious beliefs and observances. This policy extends to all aspects of our employment practices, including but not limited to, recruiting, hiring, discipline, termination, promotions, transfers, compensation, benefits, training, leaves of absence, and other terms and conditions of employment.  Arhaus will provide a reasonable accommodation for any known physical or mental disability of a qualified individual and/or Associates' religious beliefs and observances, provided the requested accommodation does not create an undue hardship and/or does not pose a direct threat to the health or safety of others in the workplace and/or to the individual.

If you require an accommodation to perform the essential functions of your job and/or for your religious beliefs or observances, you must notify your manager or Human Resources in writing. Once Arhaus is aware of the need for an accommodation, we will engage in an interactive process to identify possible accommodations.

If you believe that you have been treated in a manner not in accordance with these policies, please notify Human Resources at humanresources@arhaus.com immediately.  You are encouraged to utilize this procedure without fear of retaliation.

## SAFETY IN THE WORKPLACE

Arhaus will conduct business in a manner that protects the health and safety of our Associates, contractors, customers, and visitors.  We will seek continual improvement in our occupational health and safety practices and performance by setting, reviewing and updating health and safety goals and through close cooperation between management and Associates.

We will strive to ensure safe working conditions, equipment and facilities. We will continue to promote Associate engagement, involvement and accountability in identifying, preventing and eliminating hazards and risk of injury.

Arhaus is committed to:
- Incorporating health and safety considerations into all aspects of our management practices;
- Managing operations to meet all applicable health and safety laws, regulations and Company policies;
- Identifying and assessing potential injury risks and implementing appropriate measures to eliminate or control risks;
- Establishing and communicating work site-specific rules and safe work methods;
- Promoting and developing the awareness, leadership and accountability of our Associates in health and safety through their involvement in continual improvement processes;
- Measuring our health and safety performance in accordance with established standards, and communicate the results to our Associates;
- Conducting independent health and safety audits to validate that our management practices meet policy objectives, legislation and the principles of sound management.
- Management, Associates, contractors, customers and visitors share in the responsibility and are accountable for the successful implementation of this policy.

## ASSOCIATE HANDBOOK PURPOSE

The purpose of this Associate Handbook is to provide you with information about our policies and benefits.  The contents of this handbook are only a summary of the Associate benefits and employment policies in effect at the time of publication.  Arhaus has the ability to prospectively add, change, delete or modify the policies, benefits, wages, and all other working conditions as it deems appropriate without obtaining your consent, agreement, or providing notification.

**This Handbook is not a Contract**

This handbook should not be construed as creating any kind of "employment contract." As provided in the Associate Acknowledgment and Agreement, nothing in this handbook creates or is intended to create a promise of continued employment for a definite term.  Your employment at Arhaus is employment at-will and may be terminated, with or without cause or prior notice; just as you may resign your position, with or without notice.  This handbook shall supersede any and all prior handbooks, written documents or oral representations that contradict the at-will nature of your employment.  Your status as an "at-will" Associate may not be changed except in writing signed by the CEO of the Company.

To the extent that any policy may conflict with Federal, state, or local laws, we will abide by the applicable Federal, state, or local laws.

If you have a question, we encourage you to discuss questions or concerns regarding this handbook, your job, or any work-related issues you may experience with us. We cannot address any of your questions or concerns unless we know about them.

If you have a problem, please speak with your immediate supervisor as soon as possible.  Your immediate supervisor is the person responsible for what takes place in your immediate work area and may be in the best position to help you.

If you prefer not to speak with your immediate supervisor, or if you feel your immediate supervisor cannot or has not satisfactorily resolved the issue, contact your department or regional manager.  Finally, if you still feel the need to speak to other members of management, we encourage you to contact Human Resources at humanresources@arhaus.com.

The Company takes all associate concerns and problems seriously.  We will work to address your concern and/or resolve your problem as soon as possible under the circumstances.  You are encouraged to utilize this procedure without fear of retaliation.

## EMPLOYMENT ELIGIBILITY

All employment applicants will be considered on the basis of individual qualifications with emphasis on selecting the best qualified person for the job. Selection decisions will consider date of application, previous work record, special training and skills required for the position, work experience, attitude, verbal and written communication skills, and any other qualification that is clearly job related. In accordance with Federal law, all Associates will be required to complete an Employment Eligibility Verification Form (I-9) for the Immigration and Naturalization Service.  Proof of eligibility to work in the United States is required.

## ASSOCIATE DEFINITIONS

**FULL-TIME ASSOCIATE** – You are a full-time Associate if you are regularly scheduled to work forty (40) hours per work-week.

**PART-TIME ASSOCIATE** – You are a part-time Associate if you are regularly scheduled to work less than forty (40) hours per work-week.

**TEMPORARY ASSOCIATE / INTERN** – You are a temporary Associate if you have been employed to work on special projects for short periods of time, or on a "fill-in" basis.  These positions are not intended to be part of continuing operations.  The employment status of temporary Associates will not be changed due to an extension of employment in excess of that originally planned. As a temporary Associate you will receive wages but are not eligible for Company benefits, unless otherwise required by applicable law.

**EXEMPT ASSOCIATES** – Exempt Associates include all Associates who are classified by the Company as exempt from the overtime provisions of the Federal Fair Labor Standards Act and any applicable state law.  Exempt Associates are not entitled to overtime pay.

**NON-EXEMPT ASSOCIATES** – Non-exempt Associates include all Associates who are covered by the overtime provisions of the Federal Fair Labor Standards Act or any applicable state law. Non-exempt Associates are entitled to overtime pay.

If you have any questions concerning your Associate classification or the benefits for which you qualify, please consult Human Resources at humanresources@arhaus.com.

## WORK SCHEDULES

We employ Associates who work various hours each day, seven (7) days a week.  Therefore, when you accept employment with Arhaus, you do so with the understanding that your hours and work assignments, shift and shift hours, may change depending on the needs of your specific department or store location.  You may be required to work days that include holidays, weekends, nights, or if necessary, overtime.

**Corporate Office Hours**

Regular office hours are 8:30 a.m. to 5:00 p.m., Monday through Friday.  Extended hours may be required based on departmental needs.  Any variation to your work schedule, including flextime or overtime, must be pre-approved by your supervisor.

**Store Hours**

Our stores are open seven (7) days a week.  Store hours vary based on location.  Store Associates are scheduled so that store coverage and customer needs may be met.  Our stores are also open on some Company holidays.  Associates who work on a Company holiday will be offered another mutually agreed upon day off with pay, scheduled by your manager.

**Work-Week Definition**

Our standard work-week begins Sunday at 12:00 a.m. through Saturday at 11:59 p.m.

## TIMEKEEPING REQUIREMENTS

Unless otherwise notified, all Non-Exempt Associates are required to accurately record hours of work through the use of Arhaus' timekeeping system.  Some work locations and job positions have biometric clocks, while some use computer log-in time keeping systems.  Whichever the case, you are expected to follow the established procedures in keeping an accurate record of your hours worked.  You must remember to clock in and out for your work shift and lunch breaks.

Your time records must be promptly submitted following the close of the pay period so that your time record can be reviewed and approved by your supervisor before your paycheck is processed for the pay period. It is vital that accurate time records be kept so that your pay is correct for all hours worked as required by law.  Working "off the clock" is not permitted for Non-Exempt Associates.

Your obligation to accurately record all hours worked does not relieve you of your obligation to obtain advance approval from your supervisor before working overtime or hours beyond your regular work schedule.  Associates who work beyond their regularly scheduled work hours, including overtime or off-schedule hours, without prior authorization by their supervisor are subject to disciplinary action up to and including termination of employment.

Any changes or corrections to your time card or time record must submitted electronically by your Manager.  Under no circumstances may any Associate punch or record another Associate's time card.  If you deliberately log in or out for another Associate, log in from an unapproved location, or attempt to falsify your time card in any way, you will be disciplined, up to and including termination of employment.

**Meal Periods**

In general, Arhaus provides all Associates who work more than five (5) hours in a work day with an uninterrupted 30-minute unpaid meal period.  For this reason, you must record the beginning and ending time of your meal period in the timekeeping system every day.  At no time may any Non-exempt Associate perform off-the-clock work or otherwise alter, falsify, or manipulate any aspect of their timekeeping records to inaccurately reflect or hide meal periods or time spent working during meal periods.  Additionally, you may not waive your meal periods to shorten your work day.

**Rest Periods**

Arhaus provides all non-exempt Associates with the opportunity to take a ten (10) minute paid rest period for every four (4) hours worked (or major fraction thereof), which should be taken so far as practicable in the middle of each four-hour work period.

Associates are generally authorized and permitted to schedule their rest periods at their own discretion under these guidelines; however, a supervisor may ask that rest periods be scheduled to best ensure the smooth operation of their Department.  Rest periods are forfeited if not used, and may not be combined with other rest or meal periods.

Rest periods are "on the clock" and counted as hours worked, and thus, you are not required to separately record your rest periods on your timecards or the Arhaus timekeeping system.

**Lactation Breaks**

Arhaus will provide a reasonable amount of break time to accommodate female Associates who need to take lactation breaks. The break time should, if possible, be taken concurrently with other break periods already provided.  Arhaus will also make a reasonable effort to provide the use of a room or other location in close proximity to the Associates' work area to take the lactation break in private.

## OVERTIME

Overtime is paid to Non-exempt Associates in compliance with the Federal Fair Labor Standards Act (FLSA) and applicable state laws.
It is a condition of your employment that you work overtime when requested.  You will be given as much notice as reasonably possible when you are needed for overtime.

Overtime is calculated as follows, unless mandated differently by state laws:

- Non-exempt Associates are expected to record their work hours on a daily basis using the Company's timekeeping system.
- The overtime rate paid is one and one-half (1.5) times your hourly pay rate.  Each pay period, we will review your "time worked," and pay overtime on all hours worked in excess of forty (40) hours in a workweek.
- For the purposes of calculating overtime, "time worked" refers to the hours you actually work during a payroll period work week.  Holiday and Paid Time Off (PTO) are not counted toward time worked for overtime purposes.
- You may be requested to work an additional day during the week to make up for an absence, depending on workload.
- Full-time store Design Consultants are paid a base salary plus commission; as such, the overtime pay calculation is different for Design Consultants.
  - If commission earned is less than 50% of the base salary earned in a calendar quarter, then overtime will be paid for each week in the calendar quarter that you worked in excess of forty (40) hours.
  - The overtime rate paid is one and one-half (1.5) times your regular rate of pay which includes commissions and bonuses (if applicable to your position).
  - If commissions earned during the calendar quarter exceed 50% of the base salary earned, no overtime premium will be paid.
  - This calculation is in compliance with Federal Wage and Hour laws and the FLSA as it relates to commissioned sales Associates.  When state-specific law differs, Arhaus will abide by state requirements for Associates working in that state.

We expect that all Associates who are scheduled to work overtime will be at work, unless excused by their supervisor.  Your supervisor will inform you of the hours you are expected to work.  Your work schedule may vary from time to time based on business needs.  If it does vary, you will be notified by your supervisor.  Management retains the right to reassign Associates to a different shift where it is necessary for the efficient operation of the Company.

When not specifically assigned, all overtime must be pre-approved by your supervisor.  Working overtime without your supervisor's approval may result in disciplinary action, up to and including termination of employment.

## PAYCHECKS

We distribute paychecks every two weeks or twenty-six (26) times per year, on Fridays.  If you prefer a paper paycheck, those are mailed to your home and/or are hand delivered, and will not be given to anyone other than you, including family and friends, unless you provide your manager with written authorization under special circumstances.

If applicable to your position, commissions are paid on the second paycheck of the month.

If you leave Arhaus for any reason, we will comply with any state law applicable to final salary payment.

**Go Paperless!**

We offer a paperless pay stub accessible on-line. The benefits of this system, beyond saving paper, are that you have access 24/7 on-line to your pay stub and can access all previous stubs and W-2s if you need them for taxes or banking purposes.  We strongly encourage you to go paperless with your pay stub.

**Advances**

Salary advances and/or loans from Arhaus are not permitted.

**Direct Deposit**

We encourage all Associates to use direct deposit so that your paychecks can quickly, conveniently, and safely be deposited into one or more bank accounts. With direct deposit, your pay is available on your payday, saving you a trip to the bank.  You can sign up for direct deposit at any time during your employment. Just ask for an enrollment form from the Payroll Department.

After requesting direct deposit, your first paycheck will be a live check, but after the first pay, all future paychecks will be directly deposited into the account you designate.

**Payroll Deductions**

Required deductions by law include:
- Social Security payments
- Federal, state, and local taxes
- Court orders of attachment or garnishment of wages

Optional deductions you must authorize include:
- Health, Dental & Vision insurance
- Life insurance (Full-time Associates Only)
- 401(k) plan
- Supplemental Insurance
- Flex spending account

It is our policy to comply with the requirements of the Fair Labor Standards Act (FLSA) and applicable state laws.  Therefore, we prohibit all Company managers from making improper deductions from the pay of any Associates.

**What to Do If You Believe an Improper Deduction Occurred**

If you believe that an incorrect deduction has been made in your paycheck, you should report this information immediately to your direct supervisor, or to the Payroll Department at 440-439-7700 x3005.  Reports of improper deductions will be promptly investigated.  If it is determined that an improper deduction occurred, you will be promptly reimbursed for any improper deduction made.

**Paycheck Verification**

It is critical that all Associates review their bi-weekly paycheck on a regular basis and ensure its accuracy.  Please report any errors immediately to the Payroll Department at 440-439-7700 x3005.  Any discrepancies will be addressed as soon as reasonably possible.

## HOLIDAYS

Arhaus recognizes the following days as paid holidays:
- New Year's Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Day

Full-time Associates are eligible for paid holidays.  If a holiday falls on a Saturday, the preceding Friday will be considered the holiday.  If a holiday falls on a Sunday, the following Monday will be considered the holiday.  We will comply with any state specific holiday pay or overtime laws, as appropriate.

To be eligible for holiday pay, you must work your last scheduled day before the holiday and the first scheduled day after the holiday, unless you are taking approved paid time off.   Holiday pay does not count as "hours worked" for purposes of calculating your entitlement to overtime during the week in which the holiday occurs.

**Stores Open on Holidays**

Since most of our stores and operations need to be open on holidays, you may be asked to arrange for an alternate day off with pay in lieu of the calendar holiday.  You will be given as much advance notice as possible if you are required to work on a holiday, although advance notice may not always be possible.  Associates asked to work on a holiday will receive their normal rate of pay for work performed on a holiday, unless state law requires otherwise.

## PAID TIME OFF (PTO)

We believe it's beneficial for our Associates to take paid time off to maintain proper health and morale.

**Eligibility**

Full-time Associates are eligible for paid time off. Part-time Associates may take unpaid time off. If you transition from full-time to part-time, you will lose your paid time off benefit. PTO for leisure/vacation must be approved in advance by your supervisor and is subject to blackout dates, as well as the workload and staffing needs of your department/store. Your manager may require you take your PTO at a particular time, and may also refuse your request where business needs dictate.

Associates requesting time off for a health reason must provide as much advance notice as possible, if the need for leave is foreseeable. Where your need for PTO is unforeseeable (i.e., sudden illness), you must provide notice as soon as practicable. You may be required to provide appropriate medical documentation in accordance with state and federal law for an absence from work due to sickness for two (2) or more consecutive days.

**PTO Prorated**

PTO is calculated on a calendar year basis, January through December. PTO will be pro-rated for new hires in the first calendar year, based on the month in which you were hired, as shown on the next page.

| MONTH of HIRE | # PTO DAYS PRORATED |
|---|---|
| January | 15 days (120 hours) |
| February | 15 days (120 hours) |
| March | 15 days (120 hours) |
| April | 12 days (96 hours) |
| May | 12 days (96 hours) |
| June | 12 days (96 hours) |
| July | 10 days (80 hours) |
| August | 10 days (80 hours) |
| September | 6 days (48 hours) |
| October | 4 days (32 Hours) |
| November | 2 days (16 hours) |
| December | 0 days |

PTO time must be taken in the year it is available to you; no carry over from one year to the next is allowed. Your PTO allotment will reset each calendar year. All balances are adjusted on the first full pay period in January. If you quit, retire, or your employment is terminated, all unused PTO benefits will be forfeited. When state-specific law differs, Arhaus will abide by state requirements.

It is important that PTO time be scheduled as early as possible to ensure that Associates are able to have the time off they prefer. Exceptions to this policy require manager authorization, and may occur only in limited situations with executive authorization or when mandated by state law.

You must work thirty (30) calendar days before you are permitted to take PTO. PTO may only be taken in increments of four (4) hours.

The schedule below outlines PTO eligibility based on your length of service. Any exceptions granted for additional PTO time will be incremental as you achieve the next seniority tier. For example, if you were hired with four (4) weeks of PTO, you will continue to earn four (4) weeks of PTO until you achieve the next tier that allots an additional week of PTO (10 years).

| CALENDAR YEARS OF SERVICE | AMOUNT OF ANNUAL PTO PER CALENDAR YEAR |
|---|---|
| 1ST Year | Prorated |
| 2nd through 4th year | 15 days (120 hours) |
| 5th through 9th year | 20 days (160 hours) |
| 10th through 14th year | 25 days (200 hours) |
| 15th through 19th year | 30 days (240 hours) |
| 20th year + | 35 days (280 hours) |

**Seniority**

If you leave employment with Arhaus for any reason and become re-employed by Arhaus within six (6) months from the date of leaving, your seniority/original length of service will be reinstated. If however, you return to work at Arhaus after a six (6) months' absence, your tenure will begin on your re-hire date, and any prior seniority will be forfeited for service award or employee benefit purposes.

**Use of PTO for Sick Leave**

Leave under this policy may be used in connection with the diagnosis, care, or treatment of an existing health condition of, or preventive care for, you or your family member. "Family member" for purposes of this policy includes a spouse, registered domestic partner, child (regardless of the child's age), parent (including a step-parent or parent-in-law), grandparent, grandchild, or sibling. Leave under this policy may also be used by an Associate who is a victim of domestic violence, sexual assault, or stalking to seek aid or medical attention, obtain services or counseling, or participate in safety planning**.**

Associates requesting time off under this policy must provide as much advance notice as possible, if the need for leave is foreseeable.  Where your need for paid leave is unforeseeable, you must provide notice as soon as practicable.

**FMLA**

Leave under this policy may run concurrently with leave taken under local, state or federal law, including leave taken pursuant to the Family and Medical Leave Act (FMLA). For more information regarding this policy, contact Human Resources at humanresources@arhaus.com.

**Illness after Sick Leave Expired**

If you are ill or injured and require sick leave, additional time may, with the prior approval of your supervisor, be charged toward your paid time off.

If you have no paid time off available, you may be entitled to leave without pay.  Please refer to the "Personal Leave" and "Family & Medical Leave" sections of this handbook for more information.

**Company Holidays**

To be eligible for holiday pay, you must work your last scheduled day before the holiday and the first scheduled day after the holiday, unless you are taking an approved PTO day.

## BEREAVEMENT TIME

Arhaus recognizes that bereavement is a difficult life event and provides paid bereavement leave, as set forth in this policy, as a benefit to all eligible Associates.

In the event of the death of an immediate family member, eligible full-time Associates will be allowed up to five (5) workdays of paid bereavement leave.  For the purposes of this policy, "Immediate Family" is defined as the Associate's spouse or registered domestic partner, parent, or child, step-parent, parent-in-law, step-child or child-in-law, guardian or any family member residing in the Associate's home.

Arhaus provides up to three (3) days of paid time off in the case of an extended family member's death.  Extended family is defined as the Associate's sibling, aunt, uncle, grandparents or grandchildren.  This also includes step - and in-law relationships of the same level (i.e. grandparents-in-law).

Eligible Associates who experience the death of an extended relative not mentioned above may be eligible for one (1) day of paid bereavement leave.

One day of paid bereavement leave must be used for the Associate to attend the funeral or memorial services.  The Company may grant additional time if out-of-town travel is required to plan or attend the deceased's services.

You may be required to provide proof of death documentation upon request.

**Personal Time**

In cases where the Associate has extended duties associated with the family member's death, such as serving as the executor of the estate, the employee can apply for additional time off. The company may grant a leave of absence up to 30 days to an employee who requests it, based on personal and business responsibilities following the family member's passing.  If the employee does not have enough PTO to cover 30 days, the time off may be unpaid.

All time off in connection with the death of a family member, as defined above, should be scheduled with your supervisor with as much notice as possible.  Your supervisor may request documentation at their discretion.

Part-time Associates may take bereavement leave without pay.

## CIVIC DUTIES

**Jury Duty / Witness Duty / Voting**

Arhaus recognizes the importance of civic responsibility and we are pleased to assist you in the performance of your civic duties.

If you receive a summons to report for jury or witness duty, you must present the summons to your supervisor the following working day.  You will be excused from employment for the day or days required in serving as a juror or witness in any court created by any state of the United States.  This will be considered an excused absence.

Full-time Associates will receive their base compensation up to a maximum of ten (10) work days.  Exempt Associates will continue to receive their regular salary when they work partial weeks while on jury duty, pursuant to state and federal law.  Associates who are released from jury service before the end of their regularly scheduled shift or who are not asked to serve on a jury panel are expected to call their supervisor as soon as possible and report to work if requested.  Associates must provide documentation verifying that they acted as a witness or juror, and the fee received.

If you would like to vote in a public election, but do not have sufficient time to vote during non-work hours, you may arrange to take up to two (2) hours off from work, with pay, to vote.  To receive time off for voting, you must obtain advanced approval from your supervisor and must take the time off to vote either at the beginning or end of your work shift, or as coordinated with your supervisor based on business needs.  We reserve the right to request a copy of your voter's receipt following any time off to vote.

## WORKERS' COMPENSATION

Workers' Compensation is a form of insurance providing wage replacement, medical benefits and treatment of occupational injuries or illness to Associates or their survivors for any work-related illness, injury or fatality in the course of employment.  Arhaus pays the entire amount of the Workers' Compensation insurance premium.

An Associate must inform their manager or supervisor of any injury or illness that occurs during the course of their employment – no matter how small – by the end of their shift, if reasonably possible.  Management, along with Human Resources, will provide guidance through the process of applying for workers' compensation, and if applicable, exploring temporary modified duty options.

If an Associate is injured during the course of employment, Arhaus will comply with all reasonable accommodation requirements under the law and make reasonable efforts to find suitable modified work, if such work is available within both the Associate's work restrictions and to the extent required by applicable law.  Arhaus' objective is to encourage the earliest possible return to work, monitor recovery carefully and make every effort to bring the Associate back to full duty as soon as reasonably possible.

Any Associate, who fails to report an injury or illness when it occurs, may be subject to discipline up to and including termination of employment.  Arhaus reserves the right to reject or deny any claims you may file for workers' compensation benefits if you fail to file a report with us.

You should be aware that it is a crime to knowingly file a false or fraudulent claim for Workers' Compensation benefits, or to knowingly submit false or fraudulent information in connection with any Workers' Compensation claim.  Such conduct is also against Company policy and will result in disciplinary action, up to and including termination of employment.

Associates are required to present a "return to work authorization" or "work ability" form indicating when you are able to return to work and what restrictions (if any) you may have.

## LEAVES OF ABSENCE

Arhaus understands that personal, medical or family circumstances may require you to take a Leave of Absence and complies with the various state and federal laws surrounding your rights.

Depending on your situation and your tenure, Arhaus provides several options to support you during your time of need.  Please contact Human Resources for more information and to determine if you may qualify for a Leave of Absence.

*With any Leave of Absence, Arhaus requires the Associate to maintain regular communication with their manager and Human Resources every two weeks during a Leave of Absence.*

## FAMILY MEDICAL LEAVE ACT (FMLA)

Arhaus complies with the Family Medical Leave Act (FMLA) regulations.  The purpose of this policy is to provide Associates with a general description of the FMLA rights.  In the event of any conflict between this policy and the applicable law, Associates will be afforded all rights required by law.

The Family and Medical Leave Act ("FMLA") provide eligible Associates the opportunity to take unpaid, job-protected leave for up to twelve (12) weeks within a twelve (12) month period depending on the reasons for the leave.

**Associate Eligibility**

To be eligible for FMLA leave, you must:
- Have been employed with Arhaus for at least twelve (12) months;
- Have worked at least 1,250 hours for Arhaus over the twelve (12) months preceding the date your leave would commence; and
- Currently work at a location where there are at least fifty (50) Associates within seventy-five (75) miles.

All periods of absence from work due to or necessitated by service in the uniformed services are counted in determining FMLA eligibility. However, the Fair Labor Standards Act does not include time spent on paid or unpaid leave as hours worked. Therefore, these hours of leave will not be counted in determining the 1,250 hours eligibility test.

**Qualifying Reasons for FMLA**

State and Federal laws allow FMLA leave for various reasons. Because an Associate's rights and obligations may vary depending upon the reason for the FMLA Leave, it is important to identify the purpose or reason for the leave. FMLA leave may be used for one of the following reasons, in addition to any reason covered by an applicable state family/medical leave law:
- The birth, adoption or foster care of an Associate's child within 12 months following birth or placement of the child;
- To care for an immediate family member (spouse, registered domestic partner, child, or parent) with a serious health condition;
- Because of the Associate's serious health condition that makes the Associate unable to perform the Associate's job;
- To care for a Covered Service member with a serious injury or illness related to certain types of military service (see Human Resources for more details); or,
- To handle certain qualifying exigencies arising out of the fact that the Associate's spouse, child, or parent is on duty under a call or order to active duty in the Uniformed Services.

The maximum amount of leave that may be taken in a twelve (12) month period for all reasons combined is twelve (12) weeks, with one exception. For leave to care for a Covered Service Member, the maximum combined leave entitlement is twenty-six (26) weeks, with leaves for all other reasons constituting no more than twelve (12) of those twenty-six (26) weeks.

**Definitions**

A "Serious Health Condition" is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the Associate from performing the functions of the Associate's job, or prevents the qualified family member from participating in school or other daily activities. Subject to certain conditions, the continuing treatment requirement includes an incapacity of more than three full calendar days and at least two visits to a health care provider; an incapacity caused by pregnancy or prenatal visits, a chronic condition, or permanent or long-term conditions; or absences due to multiple treatments. Other situations may also meet the definition of continuing treatment.

**Length of Leave**

Unless otherwise required by state law, the maximum amount of FMLA Leave will be twelve (12) weeks in any rolling twelve (12) month period, measured forward from the date of any FMLA Leave with one exception.  FMLA Leave for the birth or placement of a child for adoption or foster care must be concluded within twelve (12) months of the birth or placement.
If both spouses work for Arhaus and are eligible for Leave under this policy, the spouses will be limited to a combined total of twelve (12) weeks off between the two of them (twenty-six (26) weeks total for Covered Service member).

**Using Leave**

Eligible Associates may take FMLA leave in a single block of time, intermittently (in separate blocks of time), or by reducing the normal work schedule (including the elimination of required overtime) when medically necessary for the serious health condition of the Associate or immediate family member, or in the case of a Covered Service member, his/her injury or illness. Eligible Associates may also take intermittent or reduced-scheduled leave for military qualifying exigencies.

Intermittent leave is generally not permitted for birth of a child, to care for a newly-born child, or for placement of a child for adoption or foster care; such leave must be taken in at least two week increments.

Associates who require intermittent or reduced-schedule leave for planned medical treatment must try to schedule their leave so that it will not unduly disrupt the Company's operations. Intermittent leave is permitted in increments of one hour.

It is critical for Associates to work in coordination with their supervisors for all Leaves of Absence, but especially for Intermittent Leaves, for scheduling and department coverage.

**Coordination of Paid Leave**

Depending on the purpose of your leave request, you may be required to use paid time off (PTO), concurrently with some or all of your FMLA leave.  In order to substitute paid leave for FMLA leave, an eligible Associate must comply with the Company's normal procedures for the applicable paid-leave policy (e.g., call-in procedures, advance notice, etc.).

**Maintenance of Health Benefits**

If you and/or your family participate in our group health plan, the Company will maintain coverage during your FMLA leave on the same terms as if you had continued to work.  If applicable, you must make arrangements to pay your share of health plan premiums while on leave.  In some instances, Arhaus may recover premiums it paid to maintain health coverage or other benefits for you and your family.  Use of FMLA leave will not result in the loss of any employment benefit that accrued prior to the start of your leave.  Consult the applicable plan document for all information regarding eligibility, coverage and benefits.

**Application Process:  Notice and Medical Certification**

A request for FMLA or other Leave of Absence must be originated by the Associate.  When seeking FMLA leave, you must provide:

- Thirty (30) days advance notice of the need to take FMLA leave, if the need for leave is foreseeable, or notice as soon as practicable in the case of unforeseeable leave and in compliance with Arhaus' normal call-in procedures, absent unusual circumstances;
- Medical certification supporting the need for leave due to a serious health condition affecting you or an immediate family member within fifteen (15) calendar days of the Company's request to provide the certification.  If you fail to do so, we may delay the commencement of your leave, withdraw any designation of FMLA leave or deny the leave, in which case your leave of absence would be treated in accordance with our standard attendance policies, subjecting you to disciplinary action up to and including termination of employment.  Second or third medical opinions and periodic re-certifications may also be required;
- Periodic reports as deemed appropriate during the leave regarding your status and intent to return to work; and
- Medical certification of fitness for duty before returning to work, if the leave was due to your serious health condition, unless your absence was taken on an intermittent or reduced leave schedule.  The Company will require this certification to address whether you can perform the essential functions of your position.

Failure to comply with the foregoing requirements may result in delay or denial of leave, or disciplinary action, up to and including termination of employment.

**Returning to Work from a Leave of Absence**

Upon your return from a medical leave of absence, Arhaus will attempt to return you to your regular job if it is available.  If it is not available, you will be placed in a similar job for which you are deemed by management to be qualified if such a job is available.  If no jobs are available at the time, you will be given preferential consideration for any position for which you apply and for which you are deemed by management to be qualified following your notifying the your Manager/Supervisor in writing that you are ready and able to return to work.

Failure to report to work as scheduled following a leave of absence can result in termination of employment.  Associates who are out on leaves of absence will not accrue such benefits as paid time off during their leaves of absence.

Associates should contact Human Resources prior to taking a leave to ensure they understand all obligations to Arhaus while on leave, such as reporting and verification obligations, and obligations to pay health insurance premiums, if applicable. Failure to comply with Arhaus policy may substantially affect your ability to return to work and/or result in the loss of health insurance coverage.

**Other Employment**

Arhaus prohibits Associates from holding other employment, including self-employment, while on leave of absence. This policy remains in force during all leaves of absence including FMLA leave and violation may result in disciplinary action, up to and including immediate termination of employment.

**Fraud**

Providing false or misleading information or omitting material information in connection with an FMLA leave will result in disciplinary action, up to and including immediate termination of employment.

# MILITARY LEAVE

Associates who require time off from work to fulfill military duties will be treated in accordance with applicable requirements of state and federal laws.  You are expected to notify the Company of upcoming military duty by providing your supervisor with a copy of your orders as

soon as possible. In addition, spouses and registered domestic partners of military personnel who are home on leave during a period of military deployment may be qualified for ten (10) days of unpaid leave.

**Eligibility**

If you are full-time and a member of the organized reserves of the Armed Forces of the United States or of the state National Guard, and must perform active duty at an annual encampment or are called up to perform emergency duty, you will be paid for each of these absences, up to a maximum of ten (10) days per year.  Emergency duty is defined as war, flood, storm, riot, and other civil commotion control.  You will not be paid for any weekend duty.

**Payment**

You will be paid the difference between the total amount paid by the Government for the entire period of active duty and the pay you would have received from us had you worked in your regular job those ten (10) days.

**Carry Over & Limit**

When you do not serve a full ten (10) day period at the time of the emergency call-up and are subsequently recalled within the calendar year for additional emergency duty, you will be paid for no more than ten (10) working days per calendar year for military leave.

**Verification**

You will need to submit a military pay voucher, or if that is not available, a form from our Payroll Department to be completed by a military commander or Payroll Administrator to receive payment from us.

## PERSONAL LEAVE

Personal Leaves of Absence may be made available to full-time and part-time Associates.

Arhaus may decide to grant a personal leave of absence (not included or covered under the FMLA) under extraordinary circumstances and at our sole discretion.  The grant of personal leave is not assured, will be made on a case-by-case basis.  Personal Leaves of Absence are unpaid.

**Granting Leave**

To obtain a grant of Personal Leave, you must contact Human Resources and submit the appropriate paperwork.  You should submit this as early as possible prior to your leave, preferably thirty (30) days in advance of the anticipated start of the leave.  Leaves shall be granted for a time period not to exceed six (6) weeks.  Should the need arise for an extended leave due to a medical necessity, you can apply for additional leave according to the FMLA provisions found in this handbook, if you qualify.

**Failure to Report**

Failure to return to work as scheduled after your Leave of Absence may result in disciplinary action, including termination of employment, unless an extension is approved in writing prior to your scheduled return date.

**Use of PTO**

You must use any paid time off you have available as part of your leave period.  The remaining time you are absent from work after using all paid time off will be leave without pay.

**Other Benefits**

An authorized Leave of Absence does not constitute a break in service, but it does affect other benefits.  You should be sure to ask about the loss of these benefits when applying for a Leave of Absence.  If you wish to continue to carry health insurance benefits that you had prior to the leave, you must pay the full cost of these benefits during the period of leave.

You should speak directly with Human Resources prior to taking a leave to ensure your understanding of all of your obligations to the Company while on leave, such as your periodic reporting and re-verification obligations.

Failure to comply with Company policy may substantially affect your ability to return to work under this policy.

## ARHAUS BENEFITS SUMMARY

As a valued member of the Arhaus team, every Associate enjoys one of the most comprehensive benefits packages offered in the retail industry today. Whether full-time or part-time, single or married, there are first-rate options to suit every Associate's needs and

desires including health coverage, retirement plans and product discounts. Below is a brief snapshot of this broad spectrum of programs.  For specific plan details, please contact Human Resources at humanresources@arhaus.com.

By providing a wide range of healthcare benefits, Arhaus ensures that health protection and well-being are priorities for every Associate.

- Full-time Associates are eligible for Medical, Dental, Vision & Life/AD&D Insurance coverage effective the 1st of the month following 30 days of employment.
- Part-Time Associates who are regularly scheduled to work less than 40 hours per week are eligible for Dental and Vision Coverage on the 1st of the month following 30 days of employment.

## HEALTH INSURANCE PLAN

We offer multiple health benefit plans to fit the needs of our diverse workforce.  Associates who meet enrollment criteria and eligibility requirements, as stated below, are eligible to enroll and/or make changes within 30 days of their hire date or during the annual Open Enrollment period.  Arhaus and our Associates share in the cost of benefits by paying for a portion of the premium, co-payments and deductibles.  Associates are also able to control their expenses by earning Wellness Credits to lower their bi-weekly contributions.  Please refer to current plan documents for deductible and co-pay amounts, which can be found on the Intranet.

**Eligibility**

All Full-Time Associates are eligible to enroll in health insurance through Anthem Blue Cross & Blue Shield.  *Arhaus' benefit plan year runs from April 1 – March 31.  Open enrollment is held in March.*

- Full-Time Associates may choose from two robust plans:  the Core Health Care Plan (Core) or a High Deductible Health Care Plan with Health Savings Account (HSA $3k).
- Coverage is effective the 1st of the month following 30 days of employment.
- Associates are able to select health coverage for themselves and family members, including qualified domestic partners.  *Note:  Spousal surcharge may apply if eligible for benefits elsewhere.*
- Associates are responsible for all co-payments and deductibles as well as a portion of the bi-weekly premium contribution.

We do not however, guarantee your acceptance in any particular plan, nor can we guarantee the coverage for you or your family.

If you are a full-time Associate, have health insurance coverage, and are off work for a period in excess of fourteen (14) days, either due to injury or illness (even if receiving workers' compensation or disability payments), you will be responsible for full payment of your health insurance premiums (including the Company's contribution).

## DENTAL INSURANCE PLAN

Both Full-Time and Part-Time Associates may enroll in Basic, Preferred, or Platinum Dental Coverage through Guardian Insurance effective the 1st of the month following 30 days of employment.

Associates are responsible for all co-payments and deductibles as well as the premium which is collected via pre-tax payroll deduction.

## VISION INSURANCE PLAN

Both Full-Time and Part-Time Associates may enroll in Vision Insurance coverage through Guardian Insurance effective the 1st of the month following 30 days of employment.

Associates are responsible for all co-payments and deductibles as well as the premium which is collected via pre-tax payroll deduction.

## LIFE INSURANCE & ACCIDENTAL DEATH & DISMEMBERMENT (AD&D)

Upon completion of the appropriate application, Arhaus will provide and pay for a basic life insurance benefit as well as Accidental Death & Dismemberment for all full-time Associates.

## SUPPLEMENTAL INSURANCE

 Arhaus offers income protection for the unforeseeable, through AFLAC, the independent sponsor of the supplemental insurance program offered to all Associates.  AFLAC's supplemental protection plans are designed to provide cash payments directly to Associates in their time of need.  Policies are guaranteed renewable, and premiums do not increase.  The premium is paid solely by the Associate, through payroll deduction.  Cost will vary depending on the insurance plans selected. Since this insurance is independent and separate from Arhaus provided benefits, the policies are portable once you leave the company.  Upon hiring, all Associates are eligible to apply for our supplemental insurance programs through AFLAC.

## 401(K) RETIREMENT SAVINGS PLAN

Associates are eligible to participate in the Arhaus 401(k) Retirement Savings Plan the 1st of the month following 6 months of employment.

- Associates may contribute a percentage of their bi-weekly earnings on a pre-tax basis. Associates over 50 years of age may make additional "catch-up" contributions as well.
- Free money!  Arhaus will match 100% of your first 4% of earnings that you contribute to the plan.
- You are vested upon enrollment for both your contributions and the company matching contributions.

## MATERNITY LEAVE

Full-time Associates who are regularly scheduled to work at least forty (40) hours per week and who have completed at least twelve (12) months of employment with Arhaus are eligible for paid Maternity Leave.  This leave, as set forth below, is considered part of the total twelve (12) weeks of leave available under the Family and Medical Leave Act (FMLA).

| Maternity Leave | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Weeks | | | | | | | | | | |
| Service Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 12+ Months | 100% | 100% | 100% | 100% | 75% | 75% | 75% | 75% | 50% | 50% |
| 24-35 Months | 100% | 100% | 100% | 100% | 100% | 75% | 75% | 75% | 60% | 60% |
| 36+ Months | 100% | 100% | 100% | 100% | 100% | 100% | 75% | 75% | 70% | 70% |

If you become pregnant and are eligible for paid leave, you must submit a written request to your supervisor stating the anticipated duration of leave.  You may continue to work during your pregnancy unless you are certified as unable to work by your physician.

The leave period must be continuous in nature and may not be taken intermittently.  The leave period begins the day you take off for the birth of the child and is not necessarily the day of birth.  In the case of adoption, the leave period begins on the day you receive the child to your care and custody.  If a holiday occurs during your paid Maternity Leave, you will not be paid for the holiday in addition to the paid leave day.

If you are a full-time Design Consultant and paid on a commission basis, the pay received while on leave will be your base salary only, exclusive of commission.  If you are on a bonus plan, the bonus will not be paid for any period in which you were not working.  After your Maternity Leave, you are entitled to return to the same or equivalent position with no loss of service time.

Should you fail to return to work after your approved Maternity Leave, your employment will be considered voluntarily terminated.

## ADOPTION LEAVE

In the case of adoption, the leave period begins on the day you receive the child to your care and custody.  The leave period must be continuous in nature and may not be taken intermittently.  If a holiday occurs during your paid Adoption Leave, you will not be paid for the holiday in addition to the paid leave day.

After your Adoption Leave, you are entitled to return to the same or equivalent position with no loss of service time.  Should you fail to return to work after your approved Adoption Leave, your employment will be considered voluntarily terminated.

| LENGTH OF SERVICE | LEAVE BENEFIT |
|---|---|
| 1 year | 2 weeks' paid leave |
| 2 years | 3 weeks' paid leave |
| 3 years | 4 weeks' paid leave |
| 4 years | 5 weeks' paid leave |
| 5 years + | 6 weeks' paid leave |

## PATERNITY LEAVE

Full-time Associates who are regularly scheduled to work at least forty (40) hours per week and who have completed at least twelve (12) months of employment with Arhaus are eligible for two (2) weeks paid Paternity Leave. This paid leave is considered part of the total twelve (12) weeks of leave available under the Family and Medical Leave Act (FMLA).

The leave period must be continuous in nature and may not be taken intermittently. You must submit a written request to your supervisor stating the anticipated duration of leave. The leave period begins the day you take off for the birth of the child and is not necessarily the day of birth.  If a holiday occurs during your paid Paternity Leave, you will not be paid for the holiday in addition to the paid leave day.

**Status of Associate Benefits during Maternity/Adoption/ Paternity Leave**

If you are granted an approved leave of absence under this policy, your group health insurance benefits will carry forward, but you will be responsible to pay your portion of the premium or contribution during your absence.  In the event that you elect not to return to work upon

completion of an approved leave of absence, we may recover from you the cost of any payments made to maintain your coverage, unless failure to return to work was for reasons beyond your control.  Benefit entitlements based upon length of service will be calculated as of the last paid work day prior to the start of the unpaid leave of absence.

## SHORT/LONG-TERM DISABILITY

Full-Time Associates who are regularly scheduled to work at least 40 hours per week are eligible for Short-Term and Long-Term Disability coverage on the 1st of the month following 90 days of employment.

- Short Term Disability (STD) benefits begin on the 15th day of disability; providing up to 11 weeks of benefits.  STD benefits range from 50% to 100% of salary continuation; based on length of service.
- Long Term Disability (LTD) benefits provide a monthly benefit equal to 60% of the employee's base monthly income, up to a maximum of $5,000 per month.
- Both Short-Term and Long-Term Disability are provided free of charge to all Full-Time Associates.

## EMPLOYEE ASSISTANCE PROGRAM (EAP)

With a healthy and happy home life, Associates are more relaxed and productive in every aspect of life. That is why Arhaus offers a wide range of programs to support and enhance home and family life for every employee.

- All Associates are eligible upon hire to access and use our Employee Assistance Program (EAP).
- Our EAP is a completely confidential program that offers assistance to Associates and their families on issues that impact well-being.
- Our EAP program offers a wealth of resources such as confidential counseling for marital, family or employment concerns, legal concerns, grief counseling, addiction assistance, elder- and child-care issues, and much more.
- Call 800-386-7055 or visit online at ibhworklife.com (Password: wlm70101)

## COLLEGE SAVINGS PLAN

Arhaus makes a 529 College Savings Plan available to all Associates.  The plan helps you save for a child's post-secondary education, and there is no waiting period for new hires to join the plan. The 529 plan is funded with after-tax contributions, which have the opportunity to grow tax deferred.

## FLEXIBLE SPENDING ACCOUNT

After six (6) months of employment, Arhaus offers a Flexible Spending Account ("FSA") for Associates.  FSAs are funded by Associates on a payroll deduction basis and may be used for:

1. Health care costs not covered by insurance;
2. Child and elder care costs; and
3. Insurance premium costs for part-time Associates.

You may only enroll in the FSA during your eligibility period or during FSA Open Enrollment. Please refer to current plan documents or contact Human Resources at humanresources@arhaus.com for details.

## ASSOCIATE DISCOUNT PROGRAM

Full-time and part-time Associates who have been employed with the Company for at least six (6) months are eligible for Arhaus product discounts.  Employee Discount Pricing is set at a point that is financially responsible for the Company, while providing a substantial discount to our Associates. This also eliminates the need for Associates to wait for specific sales – the best price is available all year long.  Arhaus employees are allowed to apply their discount for friends and family up to $5,000 (of original retail price) per year.

All delivery fees and purchasing policies that apply to customers apply to Associate orders. Orders must have 50% down within 3 business days or the order will be cancelled through the Accounting department. If an order is fully committed, the order must be scheduled and paid in full within 90 days, or the order may be cancelled and the items returned to stock. Gift card purchases are not eligible for the Associate Discount.

Failure to follow procedure may result in disciplinary action, up to and including termination of employment.

## PERSONAL APPEARANCE & DRESS GUIDELINES

Arhaus prides itself on being a fashion-forward company where Associates can embrace artistic expression with regards to their appearance, within reasonable boundaries, of course.  Our philosophy is to provide a comfortable work environment that allows our Associates to dress in a style that is consistent with each individual's personal tastes, but which also presents a neat appearance to peers, vendors and customers.

Individual supervisors are given the ability to adjust guidelines for specific business needs or job requirements. All Associates are asked to dress in a manner that reflects a neat, business-appropriate appearance. For the purposes of this policy, Arhaus defines "business-appropriate" as wearing clothing that is neat, clean, and wrinkle-free and is not excessively worn. While we trust our Associates to use good judgment when making wardrobe selections, your supervisor has full discretion in determining what is and is not appropriate for the workplace and your role specifically. Your supervisor may ask you to go home to remedy a dress code issue, and the time you are away from work will be considered unpaid.

**Personal Appearance**
- Hair must be neat and clean.
- Facial hair must be neat and clean.
- Excessive jewelry, body and facial piercing are not permitted. You may be asked to remove body jewelry and conceal tattoos during working hours.
- Use of exaggerated make-up or cosmetics and cologne is not permitted.
- Undergarments must not be exposed.
- Closed-toed shoes must be worn for anyone entering the warehouse

**Inappropriate Attire Includes, But Is Not Limited To:**
- Tank tops, tube tops, see-through blouses, halter tops and provocative or revealing clothing that exposes excessive skin.
- Anything with offensive language, designs or logos.
- Sweat pants, sweat suits, workout clothing, or beach-type clothing.
- Clothing, hats, pins or logos promoting a political or controversial group affiliation.

In general, you should come to work and look presentable.

**Specific to Customer-Facing Associates**

Because our work environment serves customers and vendors, professional business casual attire is essential. For Design Consultants, customers make decisions about the quality of our products and services based on their interaction with you. All Associates are expected to demonstrate good judgment and professional taste in their wardrobe choices.

**Visual Team Assistants and In-Store Stock Help**

Visual team and stock help should wear comfortable, durable clothing that allows them to move in a safe manner. Leggings and yoga pants may be worn with a tunic length top (derrière must be covered). Shoes must be closed-toe style for your safety.

**Eyewear:**  All Associates must wear protective eyewear or safety glasses at all times while in the Distribution Center.

## ASSOCIATE REFERRAL PROGRAM

We encourage you to take an active role in helping us build a highly productive workforce by referring people who are hard-working, like you.  Refer a qualified candidate (former employees, interns, and contractors are ineligible for referral) and once they are hired and work for us for 90 days, you will earn your choice of a $1,000 Arhaus gift card or $500 cash for each referral.  The referring Associate must be an employee of Arhaus at the time the bonus is paid. Certain Associates cannot receive the referral bonus - Managers referring/recruiting in their own department; HR recruiters; and company Officers.

*All employee referrals must be submitted through FreshDesk ([https://arhaus.freshservice.com/](https://arhaus.freshservice.com/)). Once on the site, you will click "service catalog" followed by "employee referrals".  For those without an Arhaus email address please use your store email or your Supervisor must submit the referral on your behalf.  All employee referrals must be submitted prior to the referrals' start date to be eligible for payout.*

**INTERNAL TRANSFER POLICY**

At Arhaus, we are committed to the development and growth of our internal employees.  We encourage all Associates to have developmental discussions with their supervisor and be their own advocate for exploring other opportunities within the company.

All available positions are posted on Arhaus.com careers page and in break rooms.  Once an employee identifies a position that they are interested in/qualified for, they must formally apply following the guidelines below.

Eligibility
- Associates must have been in their current position for at least one year; and
- Be in good standing regarding performance and attendance (no corrective actions or performance improvement plan).
- Associates should validate that they meet all of the minimum requirements in the job posting.

Process
- Prior to applying for the associate should advise their manager that they are applying for another role in the Company and will notify them once a formal interview is requested.
- Formally apply to the role via the Arhaus.com career page.

While it's ideal that the employee be in their existing role for a year before applying for another role, they may apply with their manager's consent and discretion to release them from their role if it makes sense.  Managers are under no obligation to release an employee for another role prior to one year.

While employee interviews can/should be completed while the employee is on the clock, it is up to the employee to coordinate their schedule with their manager to ensure there is proper departmental coverage.

Hiring Managers are encouraged to speak with an Associate's current manager and review their Performance Evaluations prior to extending an offer to an internal candidate.

## REFERENCE CHECKS

Arhaus will not provide reference information regarding your current or former employment with Arhaus, except for name, job title, and employment dates, without your written consent unless required by Federal or state law or court order.

All requests for information or employment verifications must be referred to the Human Resources Department.

Associates and Managers are not permitted to respond to a reference request from any outside source.  If you receive any requests for information about a former or current Associate, do not respond, and forward the request to your supervisor or to the Human Resources Department.  Telephone inquiries will not be answered.  Only written inquiries from the person seeking the information on that person's letterhead with name and title will be considered.

## ARHAUS PROPERTY

You are responsible for all property, materials, equipment, uniforms, cell phones, credit cards, or written information issued to you by Arhaus or in your possession or control.  In the event of termination for any reason, including resignation, you must immediately return all Arhaus property in your possession or control.  We may withhold from your final paycheck the cost of any items that are not returned when required.  In addition, returned equipment found to be inoperable will be repaired or replaced at your expense.  We may also take action deemed appropriate to recover or protect our property.

**Misuse of Company Facilities and Equipment**

You are not permitted to use any Arhaus equipment, supplies, or properties for your own private gain, or for purposes other than those which we have authorized.

**Telephones**

In-office telephones are for business use.  We recognize and understand that emergencies arise where you need to use telephones for personal reasons.  Infrequent use is acceptable and understandable, but frequent use, extended conversations, or long distance personal calls are prohibited.  Associates will be held financially responsible for unauthorized calls and will be subject to disciplinary action, up to and including immediate termination of employment. Please note that we monitor telephone calls, and for quality assurance purposes, may record conversations.

## EMAIL, INTERNET & SOCIAL MEDIA

Arhaus recognizes the importance of online social media networks as a communication tool and respects your right to use social media.  However, because communications by Associates on social media could, in certain situations, negatively impact business operations, customer relations, or create legal liability, it is necessary for us to provide these guidelines.  These guidelines are intended to ensure you understand the types of conduct that are permitted and prohibited.  This policy will not be interpreted or applied so as to interfere with your rights to discuss or share information related to your wages, hours, or other terms and conditions of employment.  You have the right to engage in or refrain from such activities at your discretion.

This policy governs Associate use of social media, including any online tools used to share content and profiles, such as personal web pages, message boards, networks, communities, and social networking websites including, but not limited to, Facebook, Google+, Twitter, Snapchat, LinkedIn, Tumblr, Instagram, Reddit, and blogs.  The lack of explicit reference to a specific site or type of social media does not limit the application of this policy. Associates engaging in use of social media are subject to all of Arhaus' policies and procedures, including, but not limited to, policies:

1. Protecting certain Confidential  and Proprietary Information related to the our operations;
2. Safeguarding Company property;
3. Prohibiting unlawful discrimination, harassment and retaliation; and
4. Governing the use of Company computers, telephone systems, and other electronic and communication systems owned or provided by the Company.

Associates are considered "brand ambassadors" and as such, are engaged in social circles online on behalf of Arhaus and its brands (Arhaus/Arhaus the Loft) and must do so within the set parameters below.

**You May:**

- List Arhaus/Arhaus The Loft as your place of employment
- "Share," "like," "re-pin," "re-tweet" etc. Arhaus posts from Arhaus channels
- Share products and looks you see and love (highlight they are from arhaus.com!)
- Post about client projects (before and after pictures, with client consent and photo release)
- Share new store locations, grand opening parties, and other in-store events

**You May Not:**

- Use or disclose trade secret information or proprietary and Confidential Information related to products, production processes, designs, or use or disclose documents or similar information that has been designated or marked as business sensitive, confidential/private, intellectual property or business use only.  Examples of Confidential Information include profits, holdings, income statements, pricing and discounting strategies, leasing strategies and contracts, business practices and policies, vendors and suppliers, litigation and negotiations, operating procedures, methods and systems, organizational structure, and any Associate and client information, trade secrets, non-public financial performance information and strategic business plans, and does not include information related to wages, hours and working conditions.
- Use or disclose trade secrets or confidential information from customers, vendors, business partners or suppliers (as defined above) related to products, production processes, designs, or using or disclosing documents or information that have been designed or marked as business sensitive, confidential/private, intellectual property or business use only.
- Use social media to post or to display comments about co-workers, supervisors, customers vendors, suppliers or members of management that are vulgar, obscene, physically threatening or intimidating, harassing, or otherwise constitute a violation of the Company's workplace policies against discrimination, retaliation, harassment, or hostility on account of any protected category, class, status, act or characteristic.
- Post or display content that could be perceived as negative or is an intentional public attack on the quality of the our products and/or services in a manner that a reasonable person would perceive as calculated to harm our business and is unrelated to any Associate concern involving wages, hours, or other terms and conditions of employment.
- Unless authorized and approved by Arhaus, disclose or publish any promotional content about Arhaus or our products.

- Engage in activities that involve the use of social media that violate other established Company policies or procedures.
- Use social media while on working time, unless it is being used for Arhaus business and with the authorization of the Company.
- Post a photograph of, or any content about, a supervisor, manager, peer, vendor, supplier, or customer without that individual's express permission.

In general, you are expected to use good judgment when posting anything about Arhaus online. You should avoid saying anything that potentially injures our reputation or is not in the best interest of Arhaus.  Do not post anything that would be embarrassing to Arhaus or any of our Associates and Managers, or anything that disparages our products, customers, or vendors. Lastly, refrain from posting anything that interferes with an Associate's ability to do their job or creates an undesirable work environment.

Violations of this policy may result in disciplinary action, up to and including termination of employment.  If you have any questions about this policy, contact your supervisor or Human Resources.

Associates may not use employer-owned equipment, including Company computer systems, Company-licensed software or other electronic equipment, nor facilities nor Company time, to conduct personal blogging or social networking activities.

Associates should know that the Company has the right to and will monitor the use of its computer, telephone, and other equipment and systems, as well as any publicly accessible social media.  Associates should expect that any information created, transmitted, downloaded, exchanged or discussed on publicly accessible online social media may be accessed by Arhaus at any time without prior notice.

**Personal Blogs & Blogging**

Our Marketing department owns and manages all social branded channels and acts as the single voice for Arhaus on these platforms.

To the extent an Associate is authorized as part of his/her job duties to use social media account(s) to advance the Company's interests, Arhaus, not the Associate, owns the account(s) and Associates are required to return all logins and passwords for such accounts at the end of employment.

You may maintain a personal blog, but you are NOT permitted to co-brand it with Arhaus or use it to share Company confidential and/or proprietary information (as outlined above). Our

Marketing department maintains the Company's only blog and works individually with editorially driven blogs around the country and in store markets to promote and publicize Arhaus designs.

Nothing in this policy shall apply to conduct that is protected under applicable federal, state, or local laws. Additionally, this policy does not address concerned protected activities covered under Section 7 of the National Labor Relations Act. Concerned efforts to discuss, change and/or improve the terms and conditions of the employment with the Company are not prohibited under this policy.

If an Associate is sharing confidential and/or proprietary information, commenting on behalf of the Company/brands and/or engaging with Arhaus fans/followers on any social channel or blog, and/or violating this policy in any manner, he/she will be subject to disciplinary action up to, and including termination of employment.

**Unauthorized Interviews**

Associates should not speak to the media on the Company' behalf without first contacting Human Resources or the CEO.  All media inquiries should be directed to them.

## EMPLOYMENT RECORDS

We strive to keep accurate and updated employment records.  To help on that end, we ask that you report any changes in your name, address, telephone number, dependents, withholding exemptions, or any other information pertinent to your employment records to Human Resources within thirty (30) days of the change.

Recognizing the confidential nature of the information in your employment record, Arhaus limits access to you and those with proper authorization or pursuant to legal process.

Documents contained in your personnel file will not be released without your consent, except pursuant to legal process.  Any records of medical evaluation results will be maintained in a separate file, in accordance with legal requirements, and may only be reviewed by authorized individuals.

You may inspect your own employment file during regular business hours.  File inspection must be done on your own time and must be arranged through your supervisor.  You may read your employment file but are not permitted to remove any portion of the file.  Employment files are compiled by us and are our property.  You are not permitted remove them from the premises. Unless permitted by state law, you are not permitted to make copies of your employment file.

## REQUESTS FOR ACCOMMODATION

If you require an accommodation to perform the essential functions of your job, you must notify your manager or Human Resources.  Once the Company is aware of the need for an accommodation, the Company will engage in an interactive process to identify possible accommodations.

## SMOKING & TOBACCO USE

While we recognize the right of our Associates to choose to smoke, we care about your health. Therefore, we prohibit cigarette, cigar, or pipe smoking in our stores, stock rooms, near the back or front doors of our stores, in or near any buildings and corporate offices, and on any Arhaus owned or leased properties.  This includes smoking e-cigarettes, vaping, and the use of chewing tobacco, "dip" or "snuff" as well.  This policy applies at all times, not only during work hours.  Associates may not smoke in the parking lots, or while in their cars if on any Arhaus property.

Store Associates need to be aware, and sensitive to the fact, that cigarette smoke and its smell can be easily detected by our customers and can be offensive. As a result, we do not permit smoking anywhere near the rear (or any) doors of the store and do not permit the door to be propped open while on break because smoke may enter the store causing an odor. In addition, leaving any store door propped open is a safety and theft concern.

Store Associates are not permitted "smoke breaks" and should limit smoking while on lunch or other breaks taken during their work shift. Unless required by specific state law, Store Managers will have sole discretion in permitting breaks for store Associates based on floor coverage and business needs. Cigarette smoke and its smell can be offensive to our customers and can often be detected on our Interior Specialists' clothing, hair, breath, and body. Store Associates are asked to use good judgment in limiting smoking during their work shift.

Associates who receive customers, vendors, and/or customers, should, when necessary, remind these visitors or other non-Associates of our smoke-free policy.  If problems occur, the matter should be referred to the manager/supervisor in charge of the store or area/department involved.

**E-Cigarettes**

E-cigarettes are prohibited in our stores, stock rooms, near the front or back doors of our stores, buildings and offices, and on any Arhaus owned properties, including our corporate headquarters.

**Implementation and Enforcement**

The successful implementation of our Smoking and E-cigarette policy requires consideration and cooperation from all Arhaus Associates.  If an Associate or a guest fails to voluntarily comply with the prohibition of smoking or using e-cigarettes when informed or reminded, you should bring this to the attention of the manager/supervisor of the area where the violation is occurring.  The manager/supervisor is ultimately responsible for taking all steps necessary to ensure that this policy is observed and enforced.

Associates who violate this policy may be subject to disciplinary action, up to and including, suspension or termination of employment for repeated offenses.  No Associate will be subject to disciplinary action or discharge for raising a complaint about another Associate smoking in the workplace or otherwise violating this policy.

**Help Offered To Quit Smoking**

If you smoke, we'll try to help you quit. Arhaus will reimburse you for the cost of a smoking cessation program up to $400 per year, provided you complete the entire cessation program. Contact Human Resources at humanresources@arhaus.com for more details.

For further information and guidance on how to quit smoking on your own, check out the following websites, www.cancer.org (American Cancer Society), www.lungusa.org (American Lung Association), and www.americanheart.org  (American Heart Association).

## DRUGS & ALCOHOL

Arhaus believes that it is very important to provide a safe workplace for all of our Associates. We are taking steps to address the problem of substance use that negatively affects every workplace, including ours.  And, since we are concerned with the health and well-being of all Associates, all Associates are prohibited from manufacturing, cultivating, distributing, dispensing, possessing or using illegal drugs (including marijuana regardless of prescriptions) or other unauthorized or mind-altering or intoxicating substances while on Company property (including parking lot and grounds), or while otherwise performing their work duties away from the Company's premises.  Included within this prohibition are lawfully controlled substances, which have been illegally or improperly obtained.  This policy does not prohibit the possession and proper use of lawfully prescribed drugs other than marijuana taken in accordance with the prescription.

Arhaus does not tolerate substance use in violation of this policy.  Violation of this policy or any of its provisions may result in disciplinary action, up to an including termination of employment.

The policy applies to every Associate, including management, and also applies to contractors and subcontractors we may use. The consequences stated in this policy will apply to anyone who violates the policy.

We hold all Associates accountable in terms of substance use, but also support getting help for Associates. Once hired, if you come forward voluntarily to identify that you have a substance problem prior to any required testing, you will receive Arhaus support and assistance. However, if you have a substance problem and do not come forward, and you then test positive for drug or alcohol use in violation of this policy, we reserve the right to discharge you for violation of this work rule.

If your job is safety-sensitive or subject to any special law or regulation, such as Commercial Driver's Licensed Associates, you may face additional restrictions in terms of substance use. Other consequences that apply to all Associates who violate this policy are clearly spelled out within this Handbook.

Associates are also prohibited from having any such illegal or unauthorized controlled substances in their system while at work (including marijuana regardless of prescription), and from having excessive amounts of otherwise lawful controlled substance in their systems. This policy does not apply to the authorized dispensation, distribution or possession of legal drugs where such activity is a necessary part of an associate's assigned duties.

All Associates are prohibited from distributing, dispensing, possessing or using alcohol while at work or on duty. Furthermore, off-duty alcohol use or marijuana use (in states where it is legal), while generally not prohibited by this policy, must not interfere with your ability to perform the essential functions of your job.

Although several states have legalized marijuana and Associates who legally obtain a medical marijuana registration card are permitted to possess and consume certain quantities of marijuana, doing so is not permitted while on the job, on Arhaus property, or at Arhaus sponsored events. Marijuana is classified as a Schedule 1 drug according to the Controlled Substances Act. Thus, the use, possession, cultivation, or sale of marijuana violates federal drug policy.

Arhaus may, in its discretion, seek to accommodate legally recognized medical marijuana users when possible depending on the Associate's position. Associates must submit a letter to Human Resources, attaching a copy of their card and requesting a reasonable accommodation.

Arhaus will then enter into a discussion with the Associate and, where applicable, their Health Care provider to determine if such an accommodation is reasonable and appropriate under the circumstances.

**Prescription Drugs**

With the exception of medically prescribed marijuana, the proper use of medication prescribed by your physician is not prohibited; however, we do prohibit the misuse of prescribed medication. Associates' drug use may affect their job performance, such as by causing dizziness or drowsiness. You are required to disclose any medication that may cause a risk of harm to yourself or to others in performing your job duties. It is your responsibility to determine from your physician whether a prescribed drug may impair your job performance.

**Notification of Impairment**

It shall be the responsibility of each Associate who observes or has knowledge of another Associate in a condition which impairs the Associate in the performance of his/her job duties, or who presents a hazard to the safety and welfare of others, or is otherwise in violation of this policy, to promptly report that fact to his/her immediate supervisor.

**Associate Assistance**

We believe in offering assistance to Associates with a substance problem. Although we do not have a rehabilitation program, we are supportive of Associates taking action on their own behalf to address a substance problem. Arhaus will reimburse you for the cost of a rehabilitation program up to $500.00 provided you complete the entire rehabilitation program. To help those who come forward voluntarily prior to a testing request, we have partnered with to assist Associates in finding the appropriate help they need as well as a list of local community resources. When an Associate is determined to have a substance problem, we will meet with the Associate to discuss the problem and any violation of this Policy. To continue employment, the Associate must agree to an assessment to determine the extent of the problem. This is required in order to correct the problem and to avoid violating the Company policy in the future. We reserve the right to discharge employment based on a positive test.

**Frequency and Situations When Testing Occurs**

Individuals or Associates will be tested for the presence of drugs and/or alcohol under any and/or all of the conditions outlined below:

**Reasonable Suspicion Testing & Searches**

Reasonable suspicion testing will occur when a manager and/or supervisor have reason to suspect that an Associate may be in violation of this policy. Reasonable suspicion may arise from, among other factors, supervisory observation, co-worker reports or complaints,

performance decline, attendance or behavioral changes, results of drug searches or other detection methods, or involvement in a work related injury or accident.

Where a manager or supervisor has reasonable suspicion that an Associate has violated the substance abuse policy, the supervisor, or his/her designee, may inspect vehicles, lockers, work areas, desks, purses, briefcases, backpacks, and other locations or articles without prior notice in order to ensure a work environment free of prohibited substances.  You may be asked to be present and remove a personal lock from a locker or locked container.  A locked locker or container does not prevent the Company from searching such article.  Associates therefore should have no expectation of privacy for personal belongings brought onto Company premises and locked in a locker or locked container.  Where the Associate is not present or refuses to remove a personal lock, the Company may do so for him or her, and compensate the associate for the lock.

**Positive Test Results**

Associates who are found to have a confirmed positive drug or alcohol test will be subject to discipline up to and including discharge in accordance with this policy.  Associates in safety-sensitive positions and/or those subject to any special law or regulation who are found to have a confirmed positive drug or alcohol test will be immediately discharged from employment.

**Termination Notices**

In those cases where substance testing results in the termination of employment, all termination notices will list "misconduct" as the reason and discharge will be deemed "for cause."

## EXPENSE POLICY

Arhaus will reimburse business related expenses incurred in the performance of your job duties using Concur.  Associates must complete and submit Expense Reports and receipts via Concur and receive your manager's approval.  Expense reports should be submitted by the fifth day of the month and comply with all IRS regulations in documenting the business purpose and amount of the expense.

If you have a company credit card, all business related expenses should be charged on the card. All receipts should be submitted via Concur on a monthly basis. The company credit card is not to be used for personal expenditures. Accounting will audit and review expense reports to ensure compliance with the expense policy. Violation of this policy will lead to discipline up to, and including, discharge.

If you do not have a company credit card, all business related expenses will be reimbursed directly to you through payroll.  This reimbursement is non-taxable.  You are responsible for submitting an expense report with receipts on a monthly basis.

Arhaus Associates are expected to comply with the guidelines set forth in the Corporate Expense Policy.

## TRAVEL POLICY for NON-EXEMPT ASSOCIATES

Some non-exempt positions at Arhaus require travel in the United States and abroad. The purpose of this policy is to state the pay rules that apply to non-exempt Associates when traveling on company business.
Associates in positions classified as non-exempt under the Fair Labor Standards Act are eligible for compensation for the time they spend traveling. The compensation an Associate receives depends on the kind of travel and whether the travel time takes place within normal work hours.

**Normal Work Hours Defined:**

"Normal work hours," for the purposes of this policy, are defined as 8:00 am to 5:00 pm with a one hour lunch break (unpaid). This definition applies to normal workdays (Monday through Friday) and to weekends (Saturday and Sunday).

**Travel Time Defined:**

"Travel time" is defined as including the time the Associate arrives at the airport to the time the Associate reaches his or her destination. If an Associate is traveling to a location, then the destination is either the hotel or the worksite (if the Associate travels directly from the airport to work). If the Associate is returning home from a location, the destination is the airport of arrival.

If an Associate is traveling by air and no flights are available from or to the airport nearest the Associate's residence, then travel between the Associate's residence and the airport is considered travel time and is eligible for compensation in accordance with the policy guidelines below.

Travel between home and work or between the hotel and worksite is considered normal commuting time and is not eligible for compensation.

If an Associate requests a specific travel itinerary or mode of transportation that is different from the one authorized by Arhaus, only the estimated travel time associated with the itinerary and mode of transportation that has been authorized will be eligible for compensation.

**Travel Time within Normal Work Hours**

Any portion of authorized travel time that takes place within normal work hours (defined as 8:00 a.m. to 5:00 p.m.) on any day of the week, including Saturday and Sunday, is treated as work hours. Travel time within normal work hours will be paid at the Associate's regular hourly rate and will be factored into overtime calculations.

**Travel Time Outside Of Normal Work Hours**

Any portion of authorized travel time (with the exception of driving time) that takes place outside of normal work hours is considered to be "outside travel hours."

**Travel Time as the Driver of an Automobile**

All authorized travel time spent driving an automobile (as the driver, not as a passenger) is treated as work hours, regardless of whether the travel takes place within normal work hours or outside normal work hours. An Associate will receive his or her regular hourly rate for all travel time spent as the driver of an automobile, and this time will be factored into overtime calculations.

Travel as a passenger in an automobile is not automatically treated as work hours. Travel as a passenger in an automobile is treated the same as all other forms of travel, and compensation depends on whether the travel time takes place within normal work hours.
If an Associate drives a car as a matter of personal preference when an authorized flight or other travel mode is available, and the travel time by car would exceed that of the authorized mode, only the estimated travel time associated with the authorized mode will be eligible for compensation.

**Calculating and Reporting Travel Time**

Associates are responsible for accurately tracking, calculating and reporting travel time on their timesheets in accordance with this policy.

Meal periods should be deducted from all travel time.

If an Associate requests a specific travel itinerary or mode that is different from the one authorized, only the estimated travel time associated with the authorized schedule, route and mode of transportation should be reported on the timesheet.

Travel time should be calculated by rounding up to the nearest quarter hour.

**Overnight Travel**

Travel that keeps an Associate away from home overnight is travel away from home.  Travel away from home is clearly work time when it cuts across the Associate's regular work day hours and is compensable.

- The time is not only hours worked on regular work days during  normal working hours but also during corresponding hours on non-work days. If this travel occurs during normal work hours on non-work days (i.e. Saturday or Sunday for an Associate who works Monday through Friday) the time is also compensable.
- Overnight travel that occurs outside of the Associate's normal working hours is not compensable whether it is on a common carrier or as a passenger in a car. The driver of the vehicle must be compensated as driving is work time.

Violating any provisions of the travel expense guidelines may result in loss of traveling privileges, and other discipline up to and including termination of employment.

## CELLULAR PHONES & DEVICES

Arhaus will provide company-owned phones and electronic devices for Associates in roles that require such capability.  Company-owned phones will be set up as a direct bill with the supplier; however, if the number of minutes exceeds the monthly allowance and is due to personal phone or data usage, you may be responsible to pay the overage as a deduction in your paycheck.  Associates should take reasonable precautions to prevent loss, damage, theft or vandalism to such devices.  In the event that the device is lost, stolen or damaged, contact the IT department directly – not the provider.

Other Associates who meet certain criteria may receive a monthly cell phone allowance at their Supervisor's discretion.  Arhaus is not liable for the loss of personal devices brought into the workplace or used by an Associate while traveling on company business.

Cellular telephones/electronic devices ("electronic devices") brought into the workplace by Associates can create distractions, potential safety concerns and security risks. To avoid situations where electronic devices can contribute to an unsafe condition or reduced efficiency, electronic devices must be used in accordance with this policy.

Associates are responsible for the compliance with this policy requirement. Any inappropriate conduct or use of electronic devices will be subject to disciplinary action up to and including termination.

## SECURITY & THEFT

Arhaus, or you, may someday be victimized by theft.  Our concern is to protect you and your property from theft by visitors to our stores or corporate offices and facilities, and by your fellow Associates.  We will investigate all instances of theft, and credible accusations of theft, to protect those that may be unjustly accused of such wrong doing.  We do not have insurance to cover the cost of any of your stolen personal items, and will not be responsible for them. Therefore, you are expected to exercise caution and sound judgment when bringing and storing personal items at work.

**Searches**

If it is necessary for us to conduct an investigation of theft, we may question any person entering and leaving our property and inspect any Associate's locker, desk, cabinet, backpack, toolbox, personal computer, personal motor vehicle, package, purse, handbag, briefcase, lunch box, or other possessions carried to and from our property.  This includes all Associates at all locations.

**Surveillance**

We monitor, survey, and review some of our premises and departments through the use of mechanical, electronic, or other methods, which may include photographing, video recordings, observations, and/or telephone monitoring.  We may also monitor work performance the same way.

**Associate Theft**

If you are caught stealing from Arhaus, your co-workers or customers, your employment will be immediately terminated and you will be prosecuted to the fullest extent of all Federal, state and local laws.  Examples of theft may include, but are not limited to, theft of money or property; unauthorized taking of merchandise from our stores or warehouse; unauthorized taking of any Arhaus property; traveling with our products without proper paperwork; marking products out of stock and taking the items home; violating pricing and/or the Associate discount policy; entering false orders/sales; unauthorized use of customer's credit accounts and/or private information; and falsifying time records and hours worked.

**Weapons**

Despite some laws that permit people to carry firearms in public, Arhaus strictly prohibits anyone from possessing or carrying weapons of any kind on Company property, in Company vehicles, or while on Company time.  This prohibition includes, but is not limited to, any form of weapon or explosive, all firearms and all knives. While we have a policy prohibiting weapons, nothing in this policy shall be construed as creating any duty or obligation on our part to take any actions beyond those required of an employer by existing law.

## CONFIDENTIALITY

During the course of your employment with Arhaus, you may be exposed to and/or provided with trade secrets ("Trade Secrets") and other confidential and proprietary information ("Confidential Information") of the Company relating to the operation of our business and our customers.

"Trade Secrets" mean information, including a design, compilation, program, device, method, technique or process, that:
1. Derives independent economic value, actual or potential, from not being generally known to the public or to other persons or entities who can obtain economic value from its disclosure or use; and
2. Is the subject of efforts that are reasonable under the circumstances to maintain its secrecy.

The Company's Trade Secrets:
1. Not generally known to the public or to our competitors;
2. Were developed or compiled at significant expense by Arhaus over an extended period of time; and
3. Are the subject of our reasonable efforts to maintain their secrecy

"Confidential Information" means information belonging to Arhaus, whether reduced to writing or in a form from which such information can be obtained, translated or derived into reasonably usable form, that has been provided to you during your employment with Arhaus and/or information you may have gained access to while employed and/or were developed by Associates in the course of their employment with the Company, that is proprietary and confidential in nature.

As part of the consideration Associates provide to the Company in exchange for your employment and continued employment with the Company, you agree and acknowledge that all Trade Secrets/Confidential Information developed, created or maintained by you shall remain at all times the sole property of the Company, and that if the Company's Trade

Secrets/Confidential Information were disclosed to a competing business or otherwise used in an unauthorized manner, such disclosure or use would cause immediate and irreparable harm to the Company and would give a competing business an unfair business advantage against the Company.

You shall not, except as required in the conduct of Arhaus business or as authorized in writing by Arhaus, disclose or use during your term of employment, or subsequent thereto, any Trade Secrets/Confidential Information.  Furthermore, all records, files, plans, documents and the like relating to the business you prepare, use or come in contact with shall be and shall remain the sole property of Arhaus and shall not be copied without written permission and shall be returned to the Company on termination of your employment, or at our request at any time.

Information you gain concerning the operation of our stores, our vendors and/or contacts, sources of merchandise, designs, pricing, financial information and know-how are considered by Arhaus as Confidential Information and are not to be divulged, directly or indirectly, to any other person, firm or corporation at any time except as may be required in the normal course of business.  You must not disclose while employed by us, or anytime thereafter, any of our vendors, Trade Secrets, store volume, profits or other financial, Confidential Information, or sales information to anyone outside of Arhaus.  Associates are prohibited from attempting to obtain Confidential Information for which they have not received access authorization.  Doing so violates our policy and is grounds for termination of employment.

Associates may not maintain any Arhaus Confidential Information on personal computers or devices (including flash or zip drives) not owned by Arhaus.

Additionally, you are strictly prohibited from using any of your prior employer's confidential information, documents, or materials in your position at Arhaus. Just as we take measures to protect our Confidential Information, we respect your prior employer's similar right and prohibit you from using any of their confidential information in performing your work at Arhaus.  If we determine that you have possession of, or are using a previous employer's confidential information, you may be subject to discipline up to, and including, termination of employment.

Upon leaving employment with Arhaus, you must return any and all confidential Arhaus information or materials in your possession at that time.

**Confidentiality Agreement**

As a condition of your employment you will be required to sign a Confidentiality Acknowledgment / Agreement to help us protect this information.

## NEPOTISM & PERSONAL RELATIONSHIPS

Arhaus will consider relatives for employment, provided the applicant possesses all the qualifications for employment.  However, we want to ensure that Company practices do not create situations such as conflict of interest or favoritism.  This extends to practices that involve Associate hiring, promotion and transfer.

Close relatives, partners, those in romantic relationships or members of the same household are not permitted to be in positions that have a direct reporting responsibility to each other. Close relatives are defined as spouse, domestic partner, parent, grandparent, child(ren), grandchild(ren), aunt, uncle, cousin, or in-laws.  Arhaus may make exceptions in limited circumstances, only with executive authorization.

**Personal or Romantic Relationships**

Romantic relationships between Associates are discouraged because of their potential for causing disruptions in the workplace.  If such a relationship exists, or you become engaged or married to another Associate, we may restructure either Associate's job, transfer either to another department or store, or end either Associate's employment.  And while Arhaus encourages amicable relationships between members of management and their subordinates, we recognize that involvement in a romantic relationship may compromise or create a perception that compromises a member of management's ability to perform his/her job.  Any involvement of a romantic nature between an officer, director, manager, supervisor or agent of the organization and anyone he/she supervises, either directly or indirectly, is prohibited. Violation of this policy will lead to corrective action up to, and including termination of employment of the management individual involved in the relationship.

If Associates begin a romantic relationship or become relatives, partners or members of the same household and if one party is in a direct supervisory position, then that person is required to inform management and Human Resources of the relationship.  Arhaus may make appropriate arrangements, when possible, to alleviate the conflict to this policy.  Arhaus may make exceptions in limited circumstances, only with executive authorization.

## HARASSMENT, SEXUAL HARASSMENT, DISCRIMINATION AND RETALIATION

Arhaus is committed to providing a work environment that is free of unlawful harassment, discrimination and retaliation.  Our goal is to provide a work environment free of unlawful discrimination, harassment, and intimidation, including: discrimination or harassment on the basis of race, ethnicity, religion, color, sex (including childbirth, breast feeding and related

medical conditions), gender, gender identity or expression, sexual orientation, national origin, ancestry, citizenship status, uniform service member and veteran status, pregnancy, age, protected medical condition, genetic information, disability or any other category protected by applicable state or federal law.

Arhaus' policy against unlawful harassment, discrimination and retaliation applies to all Associates, including supervisors and managers, in terms of interactions with each other, as well as with all customers, vendors, suppliers, independent contractors and others doing business with Arhaus.  Any such harassment will subject an Associate to disciplinary action, up to and including immediate termination.  Arhaus likewise prohibits its customers, vendors, suppliers, independent contractors and others doing business with us from harassing our Associates.

**Examples of Prohibited Sexual Harassment**

Sexual harassment includes a broad spectrum of conduct including harassment based on sex, gender, gender identity or expression, and sexual orientation.  By way of illustration only, and not limitation, some examples of unlawful and unacceptable behavior include:
- Unwanted sexual advances;
- Offering an employment benefit (such as a raise, promotion or career advancement) in exchange for sexual favors, or threatening an employment detriment (such as termination or demotion) for an associate's failure to engage in sexual activity;
- Visual conduct, such as leering, making sexual gestures, and displaying or posting sexually suggestive objects or pictures, cartoons or posters;
- Verbal sexual advances, propositions, requests or comments;
- Sending or posting sexually-related messages, videos or messages via text, instant messaging, or social media;
- Verbal abuse of a sexual nature, graphic verbal comments about an individual's body, sexually degrading words used to describe an individual, and suggestive or obscene letters, notes or invitations;
- Physical conduct, such as touching, groping, assault, or blocking movement;
- Physical or verbal abuse concerning an individual's gender, gender identity or gender expression; and
- Verbal abuse concerning a person's characteristics such as pitch of voice, facial hair or the size or shape of a person's body, including remarks that a male is too feminine or a woman is too masculine.

**Other Examples of What Constitutes Prohibited Harassment**

In addition to the above listed conduct, the Company strictly prohibits harassment concerning any other protected characteristic.  By way of illustration only, and not limitation, such prohibited harassment includes:

- Racial or ethnic slurs, epithets, and any other offensive remarks;
- Jokes, whether written, verbal, or electronic;
- Threats, intimidation, and other menacing behavior;
- Inappropriate verbal, graphic, or physical conduct;
- Sending or posting harassing messages, videos or messages via text, instant messaging, or social media; and
- Other harassing conduct based on one or more of the protected categories identified in this policy.

If you have any questions about what constitutes harassing behavior, ask your supervisor or Human Resources.

**Prohibition against Retaliation**

Arhaus is committed to prohibiting retaliation against those who report, oppose, or participate in an investigation of alleged unlawful harassment, discrimination, or other wrongdoing in the workplace.  By way of example only, participating in such an investigation includes, but is not limited to:

- Filing a complaint with a federal or state enforcement or administrative agency;
- Participating in or cooperating with a federal or state enforcement agency conducting an investigation of the Company regarding alleged unlawful activity;
- Testifying as a party, witness, or accused regarding alleged unlawful activity;
- Making or filing an internal complaint with the Company regarding alleged unlawful activity;
- Providing notice to the Company regarding alleged unlawful activity;
- Assisting another associate who is engaged in any of these activities.

Arhaus is further committed to prohibiting retaliation against qualified Associates who request a reasonable accommodation for any known physical or mental disability and Associates who request a reasonable accommodation of their religious beliefs and observances.
Any individual who violates this policy will be subject to appropriate disciplinary action up to and including termination of employment in the case of an Associate, or termination of a Company work assignment in the case of a non-Associate such as a leased Associate or contractor.

**Reporting Harassment or Discrimination**

If you feel that you are being or have been harassed, discriminated against or retaliated against in violation of this policy by another Associate, supervisor, manager or third party doing business with the Arhaus, you should immediately contact your supervisor or Human Resources at humanresources@arhaus.com.  In addition, if you observe harassment by another Associate, supervisor, manager or non-associate, please report the incident immediately to your supervisor or Human Resources at humanresources@arhaus.com.  If the complaint involves someone in your direct line of supervision, you should inform another supervisor of the complaint.  If another supervisor is unavailable, or is not appropriate for reporting this matter, or if you feel the response by the supervisor is insufficient, then you should mail a written notice of your complaint marked:

"Personal & Confidential" to Human Resources:

Arhaus
Attn: Human Resources
51 E. Hines Hill Road
Boston Heights, Ohio  44236
Or via email to humanresources@arhaus.com

Supervisors who receive any complaint of harassment, discrimination or retaliation must promptly report such complaint to Human Resources.

Your notification of the problem is essential to us.  We cannot help resolve a harassment problem unless we know about it.  Therefore, it is your responsibility to bring your concerns and/or problems to our attention so we can take whatever steps are necessary to address the situation.  Arhaus takes all complaints of unlawful harassment seriously and will not penalize you or retaliate against you in any way for reporting a harassment problem in good faith.

**Confidentiality**

All complaints of unlawful harassment, which are reported to management, will be investigated as promptly as possible by an impartial and qualified person, and upon conclusion of such investigation, appropriate correction action will be taken where warranted.  Arhaus prohibits Associates from hindering internal investigations and the internal complaint procedure.  All complaints of unlawful harassment reported to management will be treated as confidentially as possible, within the limitations of conducting an adequate investigation.  We will retain confidential documentation of all allegations and investigations.  Whatever the result of the investigation, you will be advised of the outcome and the corrective action, if any, to be taken.

Violation of this policy will subject an Associate to disciplinary action, up to and including immediate termination of employment.  Any Associate, supervisor or manager who condones or ignores potential violations of this policy will be subject to appropriate disciplinary action, up to and including termination.

## CONFLICT OF INTEREST

Involvement with outside people or businesses that would compete with our Company's interests or your job position or performance in any manner is prohibited.

The following activities are prohibited and your involvement may lead to termination of your employment:

- Outside employment with any other furniture retailer or any other employer who directly competes with us is prohibited.
- Using your position, title, corporate letterhead, business cards or business address for personal gain or in conflict with our interests.
- Maintaining, either directly or indirectly, a personal or financial interest in any business concern that is a supplier or competitor (except where such ownership consists of securities of a corporation regularly traded on the public stock market) without specific disclosure and prior approval from an Officer of the Company.
- You may not solicit, accept or receive gratuity, commission, or rebate from a supplier, guest or representative doing business, or seeking to do business with us, that may tend to influence your proper and ethical business judgment.  However, the acceptance of occasional business meals, infrequent entertaining involving nominal costs, and/or advertising or goodwill items, which are reasonable and customary and under appropriate circumstances are not considered improper.  You must inform your supervisor of any acceptance of gifts or premiums from any source.  If you believe an improper gift or offer has been made, report this to your supervisor immediately and decline or return the gift or offer.

## SOLICITATION AND DISTRIBUTION

**Working Area**

Arhaus prohibits distribution of paper advertising materials, handbills, or other literature in all working areas and sales areas at all times.

**Working Time**

Arhaus does not permit you to solicit another Associate when either you or the person being solicited is on working time.  Working time is the period when you are required to perform your job duties.  Non-Associates are likewise prohibited from distributing material or literature or soliciting Associates on our premises at any time.

**Solicitation for Charities/Fundraising**

Although we have a strong commitment to charitable organizations, and at times participate in Company-wide fundraising efforts, we do not want Associates requesting donations of fellow Associates, or making request for corporate donations to charities.

## ABSENCES AND TARDINESS

You are expected to be at your work station and ready to work on time each day you are scheduled to work.  Absenteeism or tardiness, even for good reasons, is disruptive of our operations and interferes with our ability to satisfy our customers' needs.  Chronic absenteeism or tardiness can result in disciplinary action, up to and including termination of employment.

If you will be absent from or late to work for any reason, you must personally notify your supervisor *at least one hour in advance* of the start of your shift so that proper arrangements can be made to handle your work during your absence.  Of course, some situations may arise in which prior notice cannot be given.  In those circumstances, you are expected to notify your supervisor as soon as possible or practical.

Leaving a message, voice mail or sending an email or text message does not qualify as notifying your supervisor - you must personally make contact with your supervisor, if possible and practical, following their preferred method of communication.  If you are required to leave work early, you must also personally contact your supervisor and obtain his/her permission.  Leaving work early without authorization of your supervisor is strictly prohibited and may result in disciplinary action.

When an absence is due to illness, Arhaus may require appropriate medical documentation in accordance with state and federal law.

Although you may be terminated at any time for failing to report to work without contacting the Company, should you not report to work for two (2) consecutive days or work shifts without notification, we will consider this your voluntary resignation.

**Inclement Weather**

You are expected to report to work in spite of bad weather unless transportation or safety considerations make it impossible. If you are unable to get to work, you must notify your supervisor.  If the Company should decide to close due to inclement weather, we will notify you as soon as possible.

Corporate office Associates should call the following number to learn of any closings due to inclement weather.

**Inclement Weather Hotlines:  440.439.7700**
Corporate Office:  x3234

If the office or store is open and you are unable or unwilling to come to work, you may use any paid time off you have or take the day unpaid.  Arhaus may deem this an excused absence at its discretion based on the severity of the situation.  Otherwise, you may be subject to disciplinary action, as appropriate.

## ATTENDANCE BONUS

Arhaus will award a $1,200 bonus payment to full-time, non-exempt corporate office and Distribution Center Associates who have been with the Company for at least six (6) months, and who have perfect attendance during a consecutive twelve (12) month calendar year period.  This bonus may be awarded each full calendar year after the hire year.  Exempt Associates and those who work less than forty (40) hours per week are not eligible.  This bonus DOES NOT apply to store Associates.

**Bonus Requirements**

To be eligible for this bonus, you must work a minimum of forty (40) hours per week.  You may not make up a day or a portion of a day missed during the week.  For example, if you are out sick on Monday and you want to "make up" the time by working Saturday, this does not qualify.  Unscheduled PTO days, unexcused absences (including disciplinary suspensions) and tardiness will cause an Associate to be ineligible for this bonus.

Excused absences that will not prevent your chance of earning the attendance bonus include:
- Paid time off that has been scheduled and pre-approved by your supervisor
- Jury Duty
- Bereavement Time

## INITIAL EVALUATION PERIOD

There is a ninety-day (90) initial evaluation period for all new Associates, including rehires. During this period of time, we will monitor and evaluate your performance, attendance, attitude and commitment to determine if you have successfully completed your job training and will contribute to our team effort in a positive, productive manner.  Your employment may be terminated at any time during this initial evaluation period.

Completion of the initial evaluation period does not change or alter the "at-will" employment relationship.  You continue to have the same right to terminate your employment at any time, with or without cause or notice, and the Company has the same right.

Please be aware that this initial evaluation period is separate, distinct and may be in addition to any Store Design Consultant probationary period or policy which is based on achievement of sales goals.  For example, if a Design Consultant meets sales standards during their first ninety (90) days of employment, but is otherwise not performing satisfactorily, their employment may still be terminated.

## PROGRESSIVE DISCIPLINE

Violations of Arhaus policy or performance deficiencies may be addressed in various ways, in hopes to redirect behavior and improve performance.  However, Arhaus reserves the right to use its discretion to determine the appropriate corrective action it deems necessary.  In general, Arhaus will follow a progressive disciplinary policy that begins with a verbal warning.  If behavior or performance is not corrected or additional infractions occur, it may require a written warning.  A second written warning may result in a suspension.  Depending on the severity of the warning, suspension may be given at the supervisor's discretion at any time. Repeated or serious violations of Company policies or work rules and/or procedures may result in immediate or progressive discharge.

It is important to understand that the Company and its management may decide at any time, at its sole discretion, to issue a final written warning and/or immediately terminate an Associate's employment depending on the severity of performance or behavior issues.  In such instances, we reserve the right to advance the process more quickly or skip disciplinary steps and proceed directly to suspension and/or termination of employment.

**Reporting Violations**

A violation of law or any of the policies contained in this handbook by Arhaus or any Associate should be reported to your immediate supervisor in writing.  If your report involves someone in

your direct line of supervision, then you should inform another supervisor of the violation.  If another supervisor is unavailable, or is not appropriate for reporting the matter to, or if you feel the response by the supervisor is insufficient, you should report the matter to the next level of management in your chain of command, or you may mail or email a written notice of the violation marked "Personal & Confidential" to:

Arhaus, LLC.
Attn:  Human Resources
51 E. Hines Hill Road
Boston Heights, Ohio 44236
humanresources@arhaus.com

We encourage Associates to help us keep fraud, abuse, unethical and illegal activity out of our Company.  If an Associate witnesses any such activity contact the Human Resources Department immediately at humanresources@arhaus.com.

**No Retaliation for Filing Complaints**

There will be no retaliation by us or any of our Associates against any Associate who makes a good faith report under this policy, even if after investigation it has been determined that there has not been a violation.

## DISPUTE RESOLUTION AND COMMUNICATION

Ongoing communication will be part of your employment.  Communication may focus attention on performance that needs improvement.  Prompt discussion of a problem situation will help prevent it from becoming a major problem.  Arhaus recommends Associates follow the steps outlined in our Dispute Resolution Process.

- You are urged to communicate with your supervisor whenever you have a problem or question.  Supervisors and managers are expected to listen to Associate concerns, encourage input, and seek resolution to issues and concerns.
- If your concerns are not adequately addressed, you are encouraged to seek counsel from the next level of management, up through your chain of command.
- If your problem or question concerns a manager or supervisor in your direct line of supervision, or you feel your concerns have not been adequately addressed after following the chain of command, you are encouraged to contact Human Resources for a confidential discussion and dispute resolution meeting.

You are free to make a suggestion or register a complaint or a problem related to your job,

work policies, discipline, or about anything that would help us achieve the goal of our mission statement.

Any complaint may be brought to a supervisor or marked "Personal and Confidential" and sent to:

Arhaus, LLC.
Attn:  Human Resources
51 E. Hines Hill Road
Boston Heights, Ohio 44236
or via email to:
humanresources@arhaus.com

## UNACCEPTABLE CONDUCT & PERFORMANCE COUNSELING

Arhaus encourages Associates to perform at the highest level possible, and is committed to providing the training and coaching to make this possible.  There are times however, when performance deficiencies are not the result of a training or coaching issue.
Misconduct which may require disciplinary action, up to and including termination of employment, includes but is not limited to:

- <u>Absence and Tardiness</u> – Excessive absence and tardiness without good reason; failure to report when absent; overstaying allotted break time; leaving your shift before it ends without approval; violation of paid time off policy.
- <u>Application for Work</u> – Making a false statement on your employment application.
- <u>Attitude</u> – Associates are expected to display a positive attitude towards their jobs and arrive to work motivated to perform their job duties.  If you consistently fail to approach your job duties with a positive attitude, you may be disciplined and/or your employment may be terminated.
- <u>Confidentiality</u> – Violating confidentiality requirements; improper sharing, distribution, or dissemination of Confidential Information regarding or owned by Arhaus.
- <u>Co-Worker Relations</u> – Attitude toward a fellow Associate that disrupts work or causes dissension, including but not limited to, verbal or physical abuse.  Abusive or profane language to co-workers; threats of intimidation; intentional destruction of co-workers' personal possessions; and, threatening bodily harm, intent to hit, and/or hitting or inappropriately touching a co-worker.
- <u>Crime</u> – Associates are not permitted to engage in any kind of illegal activity while on duty, on Arhaus property, or while off the job which reflects detrimentally on our reputation.
- <u>Damage or Intentional Destruction to Property</u> - Deliberate or careless damage to Arhaus property, as well as damage to your co-worker's, or customer's property, will not be tolerated.

- <u>Dishonesty</u> – Proven dishonesty to a co-worker, supervisor or manager.
- <u>Disloyalty</u> – Assisting our competitors, providing proprietary information to our competitors, or failing to carry out our policies.
- <u>Disrespect</u> – Disrespectful behavior towards fellow Associates, Managers, Supervisors, and/or customers.
- <u>Incompetence</u> – Repetition of an avoidable mistake, after warnings, to a point that the mistakes demonstrate a willful disregard for the interest, or safety, of Arhaus and other Associates.
- <u>Insulting / Disrespecting Manager; Insubordination</u> - Refusal to follow the reasonable, job-related directions of a supervisor or manager or to treat a supervisor or manager in an insubordinate manner in any respect.  In addition, refusal to fully disclose information in the course of an investigation will not be tolerated.
- <u>Intoxicants</u> – Bringing, possessing, or using alcoholic beverages, marijuana (with or without a prescription), or illegal drugs on our property; being under the influence of these substances during working hours.
- <u>Job Abandonment</u> – Failure to report absence for two (2) or more consecutive scheduled working days, or leaving a work assignment or the premises without notifying your supervisor, may be considered job abandonment and may result in termination of employment.
- <u>Neglect Of Duty</u> – Negligence in the performance of duties, repeated after warnings, which seriously conflict with our interests; repeatedly failing to follow Manager/Supervisor direction.
- <u>Pricing Violations</u> - Abuse of Associate discount, creating false sales or orders; improper use of customer's credit information; offering additional discounts or free services to customers.
- <u>Theft/Misappropriation of Funds (Embezzlement), and/or Arhaus Property</u>. Improper manipulation of time-keeping records.  Theft of money or property from Arhaus, your co-workers or customers.  Associates found to have stolen or misappropriated money or property will be subject to immediate termination of employment and will also be reported to law enforcement.  Arhaus reserves the right to inspect all purses, briefcases, backpacks, packages, lockers and vehicles on our property.  Failure to cooperate in such a search will result in disciplinary action, up to and including termination of employment.
- <u>Gambling</u> – Gambling is prohibited on Arhaus property, or through the use of the Company's property such as computers and telephone equipment.
- <u>Sleeping</u> – Everyone needs to be fully alert while on the job to protect the safety of all Associates and properly serve our customers.  Therefore, Arhaus does not tolerate sleeping or inattention on the job.
- <u>Unsatisfactory Job Performance</u> – You are expected to make every effort to learn your job and to perform at a satisfactory level at all times.  Consistent failure to do so may result in disciplinary action, up to and including termination of employment.

- <u>Weapons</u> – Possession of any kind of device whose primary purpose is a weapon, or any firearm on Arhaus property.
- <u>Violation of any Arhaus Policy</u> whether contained in this Handbook or otherwise communicated/distributed to Associates.

## SEPARATION FROM EMPLOYMENT

We hope you find your employment with Arhaus satisfying and challenging.  However, should we decide to part ways, the following outlines our expectations.

**Resignations**

Arhaus Associates are expected to provide a minimum of two (2) weeks' written notice of resignation, to be provided to your supervisor.  If you provide two (2) weeks' notice, we may decide at our discretion, to request that your employment terminate before the two (2) weeks period ends.  Associates that do not provide advance notice as requested will not be eligible for rehire.  Associates who quit without giving prior notice will be paid their wages up to their last day worked, following federal and state guidelines.

**Terminations**

Associates who are terminated involuntarily will receive their final paycheck following our standard payroll schedule, unless state law dictates otherwise.  Wages earned up to your date of separation will be paid subject to any withholding on commissions earned, if applicable.  Your supervisor or another individual from Human Resource may request you to complete an exit interview.  The purpose of the exit interview is to determine the reasons for separation and to resolve any questions of compensation, the return of Arhaus property or other matters related to the termination.

**Arhaus Property**

All Arhaus property in your possession or control must be returned to your supervisor at the time of separation, and in the case of any items kept off property, within forty-eight (48) hours of the date of separation.  We retain the right to deduct the value of any property not returned from your final pay.

**Benefits**

Once you submit your resignation, all Associate benefit programs end. Consult individual plan documents related to health insurance, life insurance and 401(K) plans for continuation and/or termination details.

HANDBOOK RECEIPT ACKNOWLEDGEMENT