## Confidentiality Agreement

This Confidentiality Agreement ("**Agreement**") is between you ("**Employee**") and Arhaus, LLC, dba Arhaus Furniture ("**Company**"), collectively referred to as the "**parties.**"

WHEREAS, Employee is or will be employed in a position of special trust and confidence with Company or an affiliate of Company (collectively referred to herein as "**Company**"), and as a condition of acceptance of the benefits described in Section 1.1 below, the parties seek to protect Company's Confidential Information (as defined below), inventions and discoveries, specialized training, and its business relationships and other goodwill; the parties agree as follows:

**SECTION 1. Benefits and Responsibilities of Employment.**

    **1.1** **Position of Trust.** By entering into this Agreement and accepting the equity award provided by Company, Employee agrees and acknowledges that Company has granted the equity award(s) to Employee to secure Employee's commitment to advance and promote the business interests and objectives of Company. Employee further agrees and acknowledges that, in Employee's role as a key member of the executive and/or management team of Company or an affiliate of Company, Employee has been entrusted with, and will continue to be entrusted with, Company's Confidential Information, goodwill of customers, clients, and vendors, and business relationships.

    **1.2** **Duty of Loyalty and Conflicts of Interest.** During employment, Employee will dedicate all of Employee's working time to Company and use best efforts to perform the duties assigned, remain loyal, comply with Company policies and procedures, and avoid conflicts of interest. It shall be considered a conflict of interest for Employee to knowingly assist or take steps to form or further a competing business enterprise while employed with Company. Employee will promptly inform Company of any business opportunities related to Company's lines of business that Employee becomes aware of during employment, and any such opportunities shall be considered the intellectual property of Company whether pursued by Company or not. Nothing in this Agreement shall eliminate, reduce, or otherwise remove any legal duties or obligations that Employee would otherwise have to Company through common law or statute.

**SECTION 2.    Confidentiality and Business Interests.**

    **2.1** **Definition of Confidential Information**. "**Confidential Information**" refers to an item of information, or a compilation of information, in any form (tangible or intangible), related to Company's business that Company has not made public or authorized public disclosure of, and that is not generally known to the public or to other persons who might obtain value or competitive advantage

ArhausChiPersRecs0233

from its disclosure or use. Confidential Information will not lose its protected status under this Agreement if it becomes generally known to the public or to other persons through improper means such as the unauthorized use or disclosure of the information by Employee or another person. Confidential Information includes, but is not limited to: (a) Company's business plans and analysis, customer, client and prospect lists, Company store information, customer/client documents and information (including contact information, preferences, margins, order guides, and order histories) internal reports, internal business-related communications, marketing plans and strategies, research and development data, data compilations regarding buying practices, human resources information obtained from a confidential personnel file  (such as internal evaluations of the performance, capability and potential of any Employee of Company affiliates), financial reports, operational analysis data, methods, techniques, technical data, know-how, innovations, computer programs, un-patented inventions, and trade secrets; and (b) information about the business affairs of third parties (including, but not limited to, clients and acquisition targets) that such third parties provide to Company in confidence.  Confidential Information will include trade secrets, but an item of Confidential Information need not qualify as a trade secret to be protected by this Agreement.  Company's confidential exchange of information with a third party for business purposes will not remove it from protection under this Agreement. Employee acknowledges that items of Confidential Information are Company's valuable assets and have economic value, actual or potential, because they are not generally known by the public or others who could use them to their own economic benefit and/or to the competitive disadvantage of Company, and thus, should be treated as Company's trade secrets. Confidential Information does not include information lawfully acquired by a non-management employee about wages, hours or other terms and conditions of non-management employees if used by them for purposes protected by Section 7 of the National Labor Relations Act (the NLRA) such as joining or forming a union, engaging in collective bargaining, or engaging in other concerted activity for their mutual aid or protection.

      **2.2**   <u>**Unauthorized Use or Disclosure**</u>**.** Employee agrees to not engage in any unauthorized use or disclosure of Confidential Information (as defined above), or knowingly use Confidential Information to harm or compromise the interests of Company. The foregoing restriction will apply throughout Employee's employment and thereafter for so long as the information at issue continues to qualify as a trade secret or Confidential Information as defined above. Employee understands this means Employee may not use or disclose Confidential Information in any manner that is not within the course and scope of employment with Company and undertaken for the benefit of Company. If compelled to disclose information via court order, subpoena, or other legal mandate, Employee will give Company as much written notice as possible under the circumstances, will refrain from use or disclosure for as long as the law allows, and will cooperate with Company to protect such information, including taking every reasonable step to protect against unnecessary disclosure. However, nothing in this Agreement, including the foregoing, prevents Employee

ArhausChiPersRecs0234

from communicating with the EEOC, the SEC, the DOL, or any other governmental authority, making a report in good faith and with a reasonable belief of any violations of law or regulation to a governmental authority, or cooperating with or participating in a legal proceeding relating to such violations. Employee is also strictly prohibited from using any prior employer's confidential information, documents, or materials in Employee's position at Company. Just as the Company take measures to protect Confidential Information, the Company respects prior employer's similar right and prohibits use of any of prior employer confidential information in performing Employee's work for Company.  If Company determines that Employee has possession of, or is using a previous employer's confidential information, Employee may be subject to discipline up to, and including, termination of employment.

**2.3** **Employee Recordkeeping, Computer Use, and Mobile Devices.** (a) Employee agrees to use the authorizations, Confidential Information, and other benefits of Employee's employment to further the business interests of Company. Employee agrees to preserve and not destroy records on current and prospective Company customers, clients, suppliers, and other business relationships that Employee develops or helps to develop, and not use these records in any way, directly or indirectly, to harm Company's business. When Employee's employment with Company terminates, or earlier if so requested, Employee will return to Company all documents, records, and materials of any kind in Employee's possession or under Employee's control, incorporating Confidential Information or otherwise, relating to Company's business, and any copies thereof (electronic or otherwise), other than documents regarding Employee's individual compensation, such as pay stubs and benefit plan booklets. Employee agrees that the obligation to return property extends to all information and property, not just Confidential Information.  (b) Employee agrees not to use Company's computers, servers, email systems, or other electronic communication or storage devices for personal gain, or to otherwise knowingly compromise a business interest of Company; any activity in violation of this provision shall be considered unauthorized use harmful to Company's business systems. (c) If Employee stores any Company information with a third-party service provider (such as Yahoo, Google Docs, DropBox or iCloud), Employee consents to the service provider's disclosure of such information to Company. Where allowed by law, Employee will execute any additional authorizations required by the service provider to disclose Company's information to Company.

**2.4** **Protected Activities.** The obligations in Section 2 are intended to maintain the confidentiality of Company's trade secrets and private and confidential information, to prevent the use of Company records to assist a Competitor (defined below), and to prohibit unauthorized access to and use of Company computers. Nothing in this Section 2, or in this Agreement generally, is intended to, or shall be construed to prohibit any use or disclosure of information that is protected by law, to prohibit a disclosure compelled by law, to prohibit lawful testimony, to interfere with law enforcement by a duly authorized law enforcement agency, or to prohibit the reporting of an illegal act to any duly authorized law enforcement agency.  Nothing

3

ArhausChiPersRecs0235

herein shall be construed to prohibit a non-managerial Employee covered by the National Labor Relations Act (the "Act") from exercising Employee's rights under Section 7 of the Act, by for example, communicating with fellow Employees or union representatives about Terms and Conditions Information. "Terms and Conditions Information" refers to information concerning the wages, hours and terms and conditions of employment, or similar matters that are the subject of a labor dispute covered by the Act.

**2.5** **Survival of Restrictions.** (a) The Agreement's obligations will survive the termination of Employee's employment with Company, regardless of the cause of the termination, and shall, likewise, continue to apply and be valid notwithstanding any change in Employee's duties, compensation, responsibilities, position or title and/or the assignment of this Agreement by Company to any successor in interest or other assignee. (b) If a court finds any of the Agreement's restrictions unenforceable as written, it is the intention of the parties that the Court revise or reduce the restriction (for the jurisdiction covered by that court only) so as to make it enforceable to protect Company's interests to the maximum extent legally allowed within that jurisdiction. (e) If Employee becomes employed with or provides services or assistance to a parent or affiliate entity of Company, the parent or affiliate will be construed to be included within the definition of Company and will have the same rights of enforcement and protection as Company.

**SECTION 3.** **Special Remedies**. If Employee breaches or threatens to breach any of the restrictions or related obligations in this Agreement, Company may recover: (i) an order of specific performance or declaratory relief; (ii) injunctive relief by temporary restraining order, temporary injunction, and/or permanent injunction; (iii) damages; (iv) attorney's fees and costs incurred in obtaining relief; and (v) any other legal or equitable relief or remedy allowed by law. The parties agree that One Thousand Dollars ($1,000.00) shall be a reasonable amount of the bond to be posted if an injunction is sought by Company to enforce this Agreement and a bond is required.

**SECTION 4.** **Severability, Waiver, Modification, Assignment, Governing Law.** (a) It is the intention of the parties that if any provision of the Agreement is determined by a court of competent jurisdiction to be void, illegal or unenforceable, in whole or in part, notwithstanding the power to modify this Agreement under Section 2.5(b), all other provisions will remain in full force and effect, as if the void, illegal, or unenforceable provision is not part of the Agreement. (b) If either party waives his, her, or its right to pursue a claim for the other's breach of any provision of the Agreement, the waiver will not extinguish that party's right to pursue a claim for a subsequent breach. (c) Except where otherwise expressly indicated, the Agreement contains the parties' entire agreement concerning the matters covered in it. The Agreement may not be waived, modified, altered or amended except by written agreement of all parties or by court order. (d) The Agreement will automatically inure to the benefit of Company's successors, assigns, and merged entities, as well as

ArhausChiPersRecs0236

Company's affiliates, subsidiaries, and parent(s); and, this Agreement may be enforced by any one or more of the foregoing, without need of any further authorization or agreement from Employee. (e) Employee consents to and agrees to the personal jurisdiction of the Courts located in California, over Employee, and waives Employee's right to object to the contrary, including Employee's right to plead or claim that any litigation brought in an California court has been brought in an inconvenient forum. (f) The laws of California will govern the Agreement, the construction of its terms, and the interpretation of the rights and duties of the parties, regardless of any conflicts of law principles of any state that may be to the contrary.

**SECTION 5**. **Jury Trial Waiver**. The parties hereby waive their right to jury trial on any legal dispute arising from or relating to this Agreement.

**SECTION 6.** **Resolution for Incumbent Employee.** This section applies only if Employee is already a current employee of Company at the time this Agreement is made.

**6.1** **Settlement Purpose.** Employee has received Confidential Information, specialized training and/or business goodwill with customers through paid employment with Company with the understanding that this was for the benefit of Company. Due to the position of trust and confidence held by Employee some post-employment activities would by their nature deprive Company of the benefit of its Confidential Information and other investments in Employee and cause irreparable harm which justifies post- employment restrictions. However, the nature and scope of the post-employment restrictions that are reasonable and necessary to balance the parties' interests is an unresolved matter between the parties. Accordingly, an important purpose of this Agreement is to fully settle and resolve such uncertainties and provide a set of predictable boundaries upon which the parties may rely to avoid future disputes. Thus, this Agreement will be enforced subject to public policies favoring settlement or resolution agreements.

Nothing in this Agreement will be construed to create a contract of employment for a definite period of time or to prohibit either party from having the freedom to end the employment relationship at-will, with or without cause.

AGREED to and effective as of the date of Employee's acceptance.

ArhausChiPersRecs0237