1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARHAUS, LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>LISA CHI, an individual<br><br>  Defendant. | Case No.: 3:25-cv-06233-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENEDANT LISA CHI'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: December 4, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 11<br>Judge: Hon. James Donato<br><br>Action Filed: July 24, 2025 |

1  This matter came before the Court on Defendant Lisa Chi's Motion to Dismiss Plaintiff's
2  First Amended Complaint ("Motion") pursuant to Rule 12(b)(6) of the Federal Rules of Civil
3  Procedure. The Motion was heard on December 4, 2025.
4  Having considered the papers filed in support and in opposition to the Motion, the arguments
5  of counsel, and the pleadings and records in this action, and good cause appearing, IT IS HEREBY
6  ORDERED that the Motion is GRANTED. Plaintiff's First Amended Complaint is DISMISSED.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE