# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  February 12, 2026                                                      Judge:  Hon. James Donato

Time:  7 Minutes

Case No.        **3:25-cv-06233-JD**
Case Name       **Arhaus, LLC v. Lisa Chi**

Attorney(s) for Plaintiff(s):       Safina Motiwala/Ruth Hartman
Attorney(s) for Defendant(s):   Kevin Calia/Eugene Illovsky/Christopher Hales

Deputy Clerk:  Lisa R. Clark                                              Court Reporter:  Marla Knox

## PROCEEDINGS

Motion Hearing and Initial Case Management Conference -- Held

## NOTES AND ORDERS

Defendant's motion to dismiss plaintiff's second amended complaint, Dkt. No. 48, is granted in part.  For the reasons stated on the record, the fourth cause of action, violation of California Labor Code § 2860, is dismissed with prejudice.  The fifth cause of action, conversion, is dismissed with leave to amend.  Dismissal is denied in all other respects.

The parties are directed to file a notice by February 20, 2026, identifying a mutually agreeable mediator that the parties will mediate before.

The Court will issue a scheduling order.