# EXHIBIT

# B

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | | |
|---|---|---|
| ARHAUS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  25-cv-06233-JD |
| LISA CHI | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  
AT&T MOBILITY LLC  
CT CORPORATION SYSTEM, 330 N. Brand Blvd., Suite 700 Glendale, CA 91203

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: Baker & Hostetler LLP, 600 Montgomery Street, Suite 3100, San Francisco, CA 94111<br>Send via secure FTP link to rhartman@bakerlaw.com | Date and Time:<br>07/07/2026 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  06/08/2026

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | *Ruth Hartman* |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  ARHAUS, LLC _____ , who issues or requests this subpoena, are:

Ruth Hartman, 127 Public Square, Suite 2000, Cleveland, OH 44114-1214, rhartman@bakerlaw.com, 216.861.7309

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**DOCUMENTS AND ELECTRONICALLY STORED INFORMATION TO BE PRODUCED**

Please Produce:

1.    Call and text logs any other message logs from January 1, 2025 to December 18, 2025 for all calls, texts and other transmissions between 415-███-████ and 510-███-████; 415-███-████ and 415-███-████.

Dated:    June 8, 2026                    Respectfully submitted,

By:    */s/ Ruth E. Hartman*
       **BAKER & HOSTETLER LLP**
       RUTH E. HARTMAN
       *rhartman@bakerlaw.com*

       *Attorneys for Plaintiff*
       ARHAUS, LLC