SABRINA L. SHADI, Bar No. 205405
*sshadi@bakerlaw.com*
CHRISTINA J. MOSER, Bar No. 199027
*cmoser@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

RUTH HARTMAN (*pro hac vice*)
*rhartman@bakerlaw.com*
**BAKER & HOSTETLER LLP**
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: 216.861.7309
Facsimile: 415.659.2601

SAFINA MOTIWALA, Bar No. 358668
*smotiwala@bakerlaw.com*
**BAKER & HOSTETLER LLP**
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601

*Attorneys for Plaintiff*
ARHAUS, LLC

**ILLOVSKY GATES & CALIA LLP**
Eugene Illovsky (State Bar No. 117892)
eugene@illovskygates.com
Kevin Calia (State Bar No. 227406)
kevin@illovskygates.com
Christopher Hales (State Bar No. 233349)
chris@illovskygates.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

*Attorneys for Defendant*
LISA CHI

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ARHAUS, LLC, a Delaware limited liability company,

Plaintiff,

v.

LISA CHI, an individual,

Defendant.

Case No.: 25-cv-06233-JD

[*Honorable James D. Donato*]

**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER PURSUANT TO L.R. 6-2 AND JUDGE DONATO'S STANDING ORDER FOR DISCOVERY IN CIVIL CASES**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to Local Rule 6-2 and the Honorable James Donato's Standing Order for Discovery in Civil Cases, Plaintiff Arhaus, LLC ("Plaintiff" or "Arhaus") and Defendant Lisa Chi ("Defendant" or "Chi") (collectively, the "Parties") hereby stipulate to, pending this Court's consideration and approval as follows:

WHEREAS, on February 5, 2026, the Parties filed their Joint Case Management Statement setting forth an initial case management schedule [Dkt. No. 52];

WHEREAS, on February 18, 2026, the Court entered a Scheduling Order, setting a case schedule, including deadlines for the completion of fact discovery, expert discovery, and dispositive motions [Dkt. No. 58]:

WHEREAS, the Parties diligently have pursued discovery, including by exchanging thousands of pages of documents; Plaintiff has issued several document subpoenas, including to AT&T for certain text and phone logs, which resulted in Defendant filing a Motion to Quash; Plaintiff has conducted the deposition of Defendant on July 23, 2026; Defendant has noticed the deposition of a key witness for July 29, 2026; and the Parties conducted a lengthy meet and confer process to develop an agreed-upon protocol for Plaintiff receiving certain forensic images from Defendant's Arhaus-issued devices; [Dkt. Nos. 65 & 66];

WHEREAS, the Parties are scheduled to mediate this dispute before Judge Shashi Kewalramani (Ret.) on August 17, 2026;

WHEREAS, the Parties have met and conferred telephonically and have agreed that, pending this Court's consideration, a brief extension of the deadlines for fact discovery, expert discovery, and dispositive motions is necessary to reasonably allow the Parties to complete discovery;

WHEREAS, the Parties further agree that a brief extension of the deadlines for fact discovery, expert discovery, and dispositive motions can be made without affecting any other deadline set by the Court, including the pretrial conference and trial date;

WHEREAS, this is the Parties' first request for a brief extension of the deadlines for fact discovery, expert discovery, and dispositive motions; and

WHEREAS, the Parties have agreed upon the following schedule in good faith for the Court's consideration.

**IT IS THEREFORE STIPULATED AND AGREED that**, subject to this Court's approval, the following new deadlines for fact discovery, expert discovery, and dispositive motions shall apply in the above-captioned action:

| Event | Original Deadline | New Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | August 28, 2026 | October 30, 2026 |
| Expert disclosures | September 30, 2026 | December 4, 2026 |
| Rebuttal expert disclosures | October 30, 2026 | January 8, 2027 |
| Expert discovery cut-off | December 11, 2026 | February 5, 2027 |
| Last day to file dispositive and *Daubert* motions | January 29, 2027 | March 11, 2027 |
| Pretrial conference | June 10, 2027 at 1:30 p.m. | Unchanged |
| Jury Trial | June 28, 2027 at 9:00 a.m. | Unchanged |

Dated: July 28, 2026

By: */s/ Ruth E. Hartman*

**BAKER & HOSTETLER LLP**
SABRINA L. SHADI, Bar No. 205405
*sshadi@bakerlaw.com*
CHRISTINA J. MOSER, Bar No. 199027
*cmoser@bakerlaw.com*
RUTH HARTMAN (*pro hac vice*)
*rhartman@bakerlaw.com*
SAFINA MOTIWALA, Bar No. 358668
*smotiwala@bakerlaw.com*

*Attorneys for Plaintiff*
ARHAUS, LLC

Dated: July 28, 2026

By: */s/ Kevin Calia*

**ILLOVSKY GATES & CALIA LLP**
Eugene Illovsky (State Bar No. 117892)
eugene@illovskygates.com
Kevin Calia (State Bar No. 227406)
kevin@illovskygates.com
Christopher Hales (State Bar No. 233349)
chris@illovskygates.com

*Attorneys for Defendant*
LISA CHI

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: July 28, 2026

By: */s/ Ruth E. Hartman*
*RUTH HARTMAN*

**[PROPOSED] ORDER**

PURSUANT TO THE JOINT STIPULATION AND FINDING GOOD CAUSE, **IT IS SO ORDERED.**

DATED: ___________________________

_________________________________________
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE