TIMOTHY W. BLAKELY (CA SBN 242178)
TBlakely@mofo.com
SHAELYN K. DAWSON (CA SBN 288278)
ShaelynDawson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Non-Party
RESTORATION HARDWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ARHAUS, LLC, a Delaware limited liability company,

Plaintiff,

v.

LISA CHI, an individual,

Defendants.

Case No. 3:25-cv-06233-JD

**NON-PARTY RESTORATION HARDWARE, INC.'S STATEMENT IN RESPONSE TO PLAINTIFF ARHAUS, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [L.R. 7-11 & 79-5(F)]**

Judge: Hon. James Donato

Non-Party Restoration Hardware, Inc. ("RH") hereby gives notice that it does not seek to seal any portion of Plaintiff Arhaus' Discovery Letter Brief to Compel Production of Material Pertaining to Epiq (ECF No. 83.) Restoration Hardware, Inc. does not object to unredacted versions of Arhaus' letter brief being filed on the public docket.

On August 19, 2026, Arhaus filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 85), together with the Declaration of Ruth Hartman (ECF No. 85-1) and a proposed order (ECF No. 85-2). Those filings characterize certain deposition testimony that RH designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order entered in this action, but do not attach the underlying documents or deposition testimony and thus do not reveal the type of sensitive material that would warrant sealing.

For the avoidance of doubt, RH does not waive the CONFIDENTIAL designation of the underlying documents and testimony, and reserves its right to request sealing of the actual documents or different excerpts from or descriptions of those documents that could warrant sealing if Arhaus later seeks to include those materials in a future public filing.

Dated: August 26, 2026

MORRISON & FOERSTER LLP

By: /s/ *Shaelyn K. Dawson*
Shaelyn K. Dawson

*Attorneys for Non-Party*
RESTORATION HARDWARE, INC.