ILLOVSKY GATES & CALIA LLP
Eugene Illovsky (State Bar No. 117892)
eugene@illovskygates.com
Kevin Calia (State Bar No. 227406)
kevin@illovskygates.com
Christopher Hales (State Bar No. 233349)
chris@illovskygates.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

*Attorneys for Defendant*
*Lisa Chi*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARHAUS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LISA CHI, an individual<br><br>Defendant. | Case No.: 25-cv-06233-JD<br><br>DEFENDANT LISA CHI'S STATEMENT IN RESPONSE TO PLAINTIFF ARHAUS, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [L.R. 7-11 & 79-5(f)]<br><br>Judge: Hon. James Donato |

Defendant Lisa Chi hereby gives notice that she does not seek to seal any portion of Plaintiff Arhaus's Discovery Letter Brief to Compel Production of Materials Pertaining to Epiq ("Epiq Discovery Letter") (ECF No. 84.) Ms. Chi does not object to unredacted versions of the Epiq Discovery Letter being filed on the public docket.

On August 19, 2026, Arhaus filed a letter brief in which Plaintiff moved to compel production of material pertaining to Epiq eDiscovery Solutions, Inc. (ECF No. 84). That filing characterizes certain documents Ms. Chi designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order (ECF Nos. 53 and 54) entered in this action, but does not attach the underlying documents and thus does not reveal the confidential material that would warrant sealing. Ms. Chi does not waive the CONFIDENTIAL designation of the underlying documents and reserves her right to request sealing of the actual documents or different excerpts from or descriptions of those documents that could warrant sealing if Plaintiff later seeks to include those materials in a future public filing.

Dated: August 26, 2026

ILLOVSKY, GATES & CALIA, LLP
SHARON FRASE

By: */s/Sharon Frase*
Sharon Frase

Attorneys for Defendant Lisa Chi

**PROOF OF SERVICE**

I, Sharon Frase, declare as follows:

I am employed in the County of Alameda, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 1611 Telegraph Ave., Ste. 806, Oakland, CA 94612, in said County and State. On August 26, 2026, I served the following document(s):

**DEFENDANT LISA CHI'S STATEMENT IN RESPONSE TO PLAINTIFF ARHAUS, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [L.R. 7-11 & 79-5(f)]**

☑ **BY ELECTRONIC SERVICE**: On the above-mentioned date, based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses as shown below. My electronic service address is sharon@illovskygates.com.

SABRINA L. SHADI, Bar No. 205405
*sshadi@bakerlaw.com*
CHRISTINA J. MOSER, Bar No. 199027
*cmoser@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

RUTH HARTMAN (*pro hac vice*)
*rhartman@bakerlaw.com*
**BAKER & HOSTETLER LLP**
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: 216.861.7309
Facsimile: 415.659.2601

SAFINA MOTIWALA, Bar No. 358668
*smotiwala@bakerlaw.com*
**BAKER & HOSTETLER LLP**
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601

*Attorneys for Plaintiff*
ARHAUS, LLC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Orinda, California on August 26, 2026.

___*/s/Sharon Frase*_________
Sharon Frase