UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHI,

Movant,

v.

EPIQ EDISCOVERY SOLUTIONS, INC., et al.,

Respondents.

Case No. 26-mc-80288-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Donato for consideration of whether the case is related to *Arhaus, LLC v. Chi*, 25-cv-6233-JD.

**IT IS SO ORDERED.**

Dated: September 23, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California